| | |
|---|---|
| DEFENDANT: | Kent Thiry |
| YOB: | 1956 |
| COMPLAINT FILED? | _____ Yes    __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes    __ No |
| OFFENSE(S): | Count 1: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1)<br><br>Count 2: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1) |
| LOCATION OF OFFENSE: | State and District of Colorado and elsewhere |
| PENALTY: | Count 1: Term of imprisonment not exceeding 10 years; fine equal to greatest of $1 million or twice the gross gain or twice the gross loss; or both imprisonment and a fine<br><br>Term of supervised release not exceeding 3 years<br><br>$100 special assessment<br><br>Count 2: Term of imprisonment not exceeding 10 years; fine equal to greatest of 1) $1 million, 2) twice the gain the conspirators derived from the crime, or 3) twice the loss caused to the victims; or both imprisonment and a fine<br><br>Term of supervised release not exceeding 3 years<br><br>$100 special assessment |
| AGENT: | Matthew Hamel<br>FBI |
| AUTHORIZED BY: | William J. Vigen<br>Trial Attorney<br>U.S. Department of Justice, Antitrust Division |

Case 1:21-cr-00229-RBJ   Document 1-2   Filed 07/14/21   USDC Colorado   Page 1 of 2

2

ESTIMATED TIME OF TRIAL:

___ five days or less;  _X_  over five days

THE GOVERNMENT

___ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

The statutory presumption of detention is not applicable to this defendant.

2