**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 14 2021**

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.

UNITED STATES OF AMERICA

    Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

    Defendants.

---

## ORDER TO UNSEAL

---

This matter is before the Court on the government's Motion for Public Access. Having reviewed the motion, and finding good cause shown, the Court ORDERS as follows:

1.     The indictment filed in the above-captioned matter is hereby ordered unsealed, and available to the public, upon the filing of the indictment by the Court's Clerk.

Dated this 15TH day of July, 2021.

BY THE COURT:

_____