**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

    I, John Walsh, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, hereby certify that I am a member in good standing of the bar of this court and enter my appearance in the above-captioned matter on behalf of Defendant DaVita Inc.

    Respectfully submitted this 19th day of July, 2021.

        */s/ John Walsh*
        John Walsh
        **Wilmer Cutler Pickering Hale and Dorr LLP**
        1225 17th Street, Suite 2600
        Denver, CO 80202
        Telephone: (720)274-3135
        Facsimile:  (720)274-3133
        E-mail: john.walsh@wilmerhale.com

## CERTIFICATE OF SERVICE

I certify that on July 19, 2021, I filed this document with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will serve this document on all counsel of record.

_s/ Tracy Gomez_
Tracy Gomez
