IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-00229-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

  1. DAVITA INC.,
  2. KENT THIRY,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   Kent Thiry

DATED at Chicago, Illinois this 21st day of July, 2021.

                          Daniel R. Campbell
                          Name of Attorney

                          McDermott Will & Emery LLP
                          Firm Name

                          444 West Lake Street
                          Office Address

                          Chicago, Illinois 60601
                          City, State, ZIP Code

                          312-372-2000
                          Telephone Number

                          dcampbell@mwe.com
                          Primary CM/ECF E-mail Address