IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Action No.: 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

    Defendants.

## ORDER GRANTING ALTERNATIVE
## CRIME VICTIM NOTIFICATION UNDER 18 U.S.C. § 3771

This matter comes before the Court on the United States' Motion for Alternative Victim Notification Under 18 U.S.C. § 3771 (Dkt. No. 27). The Court, being fully advised, grants the Motion. Accordingly, it is

ORDERED that the government may notify victims in this case in accordance with the procedures set out in the government's motion.

DATED this _____ day of July, 2021.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Judge