IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-CR-00229-RBJ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

   1. DAVITA INC.,
   2. KENT THIRY,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Kent Thiry

    DATED in Washington, D.C. this 23rd day of July, 2021.

    Justin P. Murphy
Name of Attorney

 McDermott Will & Emery LLP
Firm Name

 500 North Capitol Street, N.W.
Office Address

 Washington, D.C. 20001
City, State, ZIP Code

 202-756-8018
Telephone Number

 JMURPHY@MWE.COM
Primary CM/ECF E-mail Address

DM_US 181362518-1.T13261.0010