# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

   1. DAVITA INC.,

   2. KENT THIRY,

        Defendants.

---

## STIPULATION REGARDING CASE SCHEDULE

The parties, by and through their undersigned counsel, and subject to approval of the Court, hereby stipulate and agree that the following schedule shall govern the proceedings in this matter:

## PROPOSED CASE SCHEDULE

| Event | Date |
|---|---|
| DaVita Corp. Disclosure Statement | 8/23/2021 |
| Motion to Dismiss filing deadline | 9/14/2021 |
| Government's Rule 16 production deadline | 9/20/2021 |
| Government's response to MTD | 10/19/2021 |
| Defendants' Rule 16 production deadline | 10/20/2021 |
| Defendants' reply re MTD | 11/2/2021 |
| Oral argument on MTD | 11/19/2021 |
| All other motions deadline | 12/3/2021 |
| Motions in Limine, including under FRE 702 | 12/17/2021 |
| Response to all other motions | 1/7/2022 |
| Responses to Motions in Limine | 1/14/2022 |
| Production of 18 U.S.C. 3500 material, Witness Lists, Exhibit Lists | 1/24/2022 |
| Supplemental Motions in Limine relating to 3500 material, Witness and Exhibit Lists | 2/7/2022 |
| Proposed Voir Dire, Jury Charge | 2/7/2022 |
| Responses to Supplemental Motions in Limine | 2/21/2022 |
| General Motions Hearing | 3/3/2022 |
| Trial[1] | 3/28/2022 - 4/15/2022 |

---

[1] Defendants have filed a Joint Unopposed Motion for an Ends of Justice Exclusion of 231 Days from the Speedy Trial Calendar Pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(i), (ii) and (iv).

Respectfully submitted this 10th day of August, 2021.

| | |
|---|---|
| /s/ William Vigen | s/ John Walsh |
| Megan S. Lewis | John Walsh |
| William J. Vigen | Heather S. Nyong'o |
| Anthony W. Mariano | Daniel Crump |
| Trial Attorneys | **Wilmer Cutler Pickering Hale and Dorr LLP** |
| U.S. Department of Justice, Antitrust Division | 1225 17th Street, Suite 2600 |
| Washington Criminal II Section | Denver, CO 80202 |
| 450 Fifth Street, N.W. | Telephone: (720) 274-3135 |
| Washington, D.C. 20530 | Facsimile:  (720) 274-3133 |
| Tel: (202)598-8145 / (202) 353-2411 / (202) 598-2737 | E-mail: john.walsh@wilmerhale.com |
| FAX: 202-514-9082 | E-mail: heather.nyong'o@wilmerhale.com |
| E-mail: megan.lewis@usdoj.gov | E-mail: daniel.crump@wilmerhale.com |
| E-mail: william.vigen@usdoj.gov | |
| E-mail: anthony.mariano@usdoj.gov | |
| | |
| *Attorneys for Plaintiff United States* | s/ John Dodds |
| | John Dodds |
| | Clay Everett |
| | **Morgan Lewis & Bockius LLP** |
| | 1701 Market St. |
| | Philadelphia, PA 19103-2921 |
| | Telephone: (215) 963-4942 |
| | Fascimile: (215) 963-5001 |
| | E-mail: john.dodds@morganlewis.com |
| | Email:  clay.everett@morganlewis.com |
| | |
| | *Attorneys for Defendant DaVita Inc.* |

/s/ Cliff Stricklin
Cliff Stricklin
**King & Spalding LLP**
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2327
E-mail: cstricklin@kslaw.com

s/ Jeffrey Stone
Jeffrey Stone
Daniel Campbell
**McDermott Will & Emery LLP**
444 W Lake St.
Chicago, IL 60606
Telephone: 312-984-2064
Fascimile: (312) 984-7700
Email: jstone@mwe.com
Email: dcampbell@mwe.com

*Attorneys for Defendant Kent Thiry*

**CERTIFICATE OF SERVICE**

I certify that on August 10, 2021, I filed this document with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will serve this document on all counsel of record.

                                              *s/ John Walsh*
                                              John Walsh