**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

     Plaintiff,

v.

1.  DAVITA INC.,
2.  KENT THIRY,

     Defendants.

---

**UNITED STATES' UNOPPOSED MOTION TO DISCLOSE**
**GRAND JURY MATERIAL TO DEFENSE COUSNEL**

---

The United States of America respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), for an order authorizing the government to disclose grand jury testimony to Defendants and their attorneys, as part of discovery in this case, on the terms and conditions outlined below.   The United States has conferred with counsel for Defendants, who have indicted that their respective clients do not oppose this motion.

AS GROUNDS for this motion, the government states as follows:

1.     Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "matter[s] occurring before the grand jury."

2.     Defense counsel has requested grand jury transcripts.

3.     Fed. R. Crim. P. 6(e)(3)(E)(i) allows for Court-authorized disclosure of matters occurring before a grand jury, when such disclosure is "preliminarily to or in connection with a judicial proceeding."

1

4.     The pending case against Defendants is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding. The government wishes to provide this discovery, but can do so only with the Court's approval and order.

5.     Because the grand jury proceedings (and the related transcripts and documents) remain secret, *see* Fed. R. Crim. P. 6(e), the government moves that disclosure be allowed only after entry of the United States' proposed Protective Order, which Defendants do not oppose, and that the disclosure of grand jury testimony will be governed by such Protective Order.

WHEREFORE, the government respectfully requests that the Court authorize the disclosure of grand jury testimony to Defendants and their attorneys, in the due course of providing discovery in this case and on the terms and conditions outlined above.

Respectfully submitted this 13th day of August, 2021.

By: s/ Anthony W. Mariano
Anthony W. Mariano
Megan S. Lewis
William J. Vigen
Trial Attorneys
U.S. Department of Justice, Antitrust Division
Washington Criminal II Section
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: 202-598-8145 / 202-353-2411 / 202-598-2737
FAX: 202-514-9082
E-mail: megan.lewis@usdoj.gov
E-mail: william.vigen@usdoj.gov
E-mail: anthony.mariano@usdoj.gov

Attorneys for the United States

**CERTIFICATE OF SERVICE**

I certify that on August 13, 2021, I filed this document with the Clerk of the Court for the United States District Court of Colorado using the CM/ECF system, which will serve this document on all counsel of record.

s/ Anthony W. Mariano
Anthony W. Mariano