**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

---

**UNITED STATES' UNOPPOSED MOTION FOR A PROTECTIVE ORDER
GOVERNING DISCLOSURE OF DISCOVERY MATERIALS**

---

Pursuant to Rules 16(d)(1) and 49.1(e) of the Federal Rules of Criminal Procedure, the United States files this Unopposed Motion for a Protective Order Governing Disclosure of Discovery Materials.  The United States previously filed an Unopposed Motion for a Protective Order Governing Disclosure of Discovery Materials on August 13, 2021.  *See* ECF No. 34.  On August 19, 2021, the Court denied that motion without prejudice.  *See* ECF No. 36.  In its ruling, the Court stated, "any documents filed with the Court will be open to the public without restriction unless good cause is shown on a document by document basis to restrict public access."  *Id.*  Further, the Court "advise[d] the parties not to file with the Court any document that the party considers to be confidential unless it is absolutely necessary."  *Id.*  Finally, the Court added, "[t]he parties may redact private personal information such as an individual's contact information, Social Security number, and medical information without the need for leave of the Court."  *Id.*

Following this ruling, the Parties have conferred and agreed to the terms of a revised proposed Protective Order. The United States has attached the proposed Protective Order to this motion, and moves here for its entry. The revised proposed Protective Order strikes a previous provision calling for the default redaction or restricted filing of certain categories of confidential information, and is otherwise unchanged. With this deletion, the United States believes the proposed Protective Order complies with this Court's practice standards. Having made this revision, and for the reasons otherwise articulated in the United States' August 13, 2021 motion, the United States moves the Court to enter the unopposed proposed order.

By: s/ William J. Vigen
William J. Vigen
Megan S. Lewis
Anthony W. Mariano
Trial Attorneys
U.S. Department of Justice, Antitrust Division
Washington Criminal II Section
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: 202-598-8145 / 202-353-2411 / 202-598-2737
FAX: 202-514-9082
E-mail: william.vigen@usdoj.gov
E-mail: megan.lewis@usdoj.gov
E-mail: anthony.mariano@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on August 20, 2021, I filed this document with the Clerk of the Court for the United States District Court of Colorado using the CM/ECF system, which will serve this document on all counsel of record.

s/ Anthony W. Mariano
Anthony W. Mariano
