**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

---

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT

---

Defendants respectfully move the Court for an enlargement of three pages for their motion to dismiss the Indictment. The United States does not oppose this motion.

Pursuant to the Court's scheduling order, Defendants' motions to dismiss are due by September 14, 2021. ECF 39 at 2. Defendants have elected to submit a succinct joint motion to dismiss. In preparing their motion, Defendants have endeavored to comply with the Court's practice standard that motions "not exceed 15 pages," inclusive of the caption, the signature block, and the certificate of service. Practice Standards, http://www.cod.uscourts.gov/Portals/0/Documents/Judges/RBJ/RBJ_Practice_Standards.pdf?ver=2020-12-08-151330-180. Defendants, however, believe that an additional three pages are needed to ensure that they can adequately—yet concisely—present their arguments to the Court.

### CONCLUSION

The Court should grant Defendants a three-page enlargement for their joint motion to

dismiss.

| | |
|---|---|
| September 9, 2021 | Respectfully submitted, |
| | |
| CLIFF STRICKLIN | John F. Walsh III |
| KING & SPALDING | JOHN F. WALSH III |
| 1401 Lawrence Street, Suite 1900 | WILMER CUTLER PICKERING HALE & DORR LLP |
| Denver, CO 80202 | 1225 17th Street, Suite 2600 |
| (720) 535-2327 | Denver, CO 80220 |
| cstricklin@kslaw.com | (720) 274-3154 |
| | john.walsh@wilmerhale.com |
| JEFFREY STONE | |
| DANIEL CAMPBELL | SETH P. WAXMAN |
| McDermott Will & Emery LLP | WILMER CUTLER PICKERING HALE & DORR LLP |
| 444 W Lake St. | 1875 Pennsylvania Avenue NW |
| Chicago, IL 60606 | Washington, DC 20006 |
| (312) 984-2064 | (202) 663-6000 |
| jstone@mwe.com | seth.waxman@wilmerhale.com |
| | |
| JUSTIN MURPHY | HEATHER STEINER NYONG'O |
| McDermott Will & Emery LLP | WILMER CUTLER PICKERING HALE & DORR LLP |
| 500 North Capitol Street, NW | One Front Street, Suite 3500 |
| Washington, DC 20001-1531 | San Francisco, CA 94111 |
| (202) 756-8018 | (628) 235-1007 |
| jmurphy@mwe.com | heather.nyong'o@wilmerhale.com |
| | |
| *Counsel for Defendant Kent Thiry* | JOHN C. DODDS |
| | MORGAN LEWIS & BOCKIUS LLP |
| | 1701 Market Street |
| | Philadelphia, PA 19103-2921 |
| | (215) 963-4942 |
| | john.dodds@morganlewis.com |
| | |
| | *Counsel for Defendant DaVita Inc.* |

CERTIFICATE OF SERVICE

I certify that on September 9, 2021, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

/s/ John F. Walsh III
John F. Walsh III

2