## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

               Plaintiff,

v.

    1.  DAVITA INC.,

    2.  KENT THIRY,

               Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT**

---

This matter comes before the Court on Defendants' unopposed motion of September 9, 2021, for a three-page enlargement of their joint motion to dismiss. The Court hereby grants the motion. Accordingly, it is

ORDERED that Defendants may file a motion to dismiss the Indictment not to exceed 18 pages, consistent with otherwise-applicable rules and practice standards.

DATED September \_\_\_\_, 2021.

               BY THE COURT:

               _____

               R. BROOKE JACKSON

               United States District Judge