**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

        I, David Lehn, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, hereby certify that I am a member in good standing of the bar of this court and enter my appearance in the above-captioned matter on behalf of Defendant DaVita Inc.

        Respectfully submitted this 14th day of September, 2021.

        */s/ David Lehn*
        David Lehn
        **Wilmer Cutler Pickering Hale and Dorr LLP**
        1875 Pennsylvania Avenue NW
        Washington, DC 20006
        Telephone: (202)663-6000
        Facsimile:  (202)663-6363
        E-mail: david.lehn@wilmerhale.com

## CERTIFICATE OF SERVICE

I certify that on September 14, 2021, I filed this document with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will serve this document on all counsel of record.

 */s/ David Lehn*
David Lehn
