**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVITA INC., and
KENT THIRY,

    Defendants.

---

**ORDER**

---

The Court, having considered the Unopposed Motion of Chamber of Commerce of the United States Of America to Participate as *Amicus Curiae* and Brief Supporting Defendants' Joint Motion to Dismiss Indictment, filed September 21, 2021, is of the opinion that the same should be GRANTED.

SO ORDERED.

Dated _____, 2021.

                                                              _____
                                                              R. BROOKE JACKSON
                                                              UNITED STATES DISTRICT JUDGE