IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

        Plaintiff,

  v.

DAVITA INC.;
KENT THIRY

        Defendants.

---

**MOTION OF THE NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS**

---

The National Association of Criminal Defense Lawyers ("NACDL"),[1] by and through the undersigned counsel, respectfully moves for leave to file a brief as *amicus curiae*[2] in the above-captioned criminal proceeding in support of Defendants' Joint Motion to Dismiss (Dkt. 49). The proposed *amicus* brief is filed as an attachment to this Motion.

---

[1] No publicly-held entity owns an interest of more than ten percent in NACDL. NACDL does not have any members who have issued shares or debt securities to the public.

[2] NACDL affirms that no counsel for a party authored the proposed brief in whole or in part, and no person other than *amicus* and their counsel contributed any money to fund its preparation or submission.

## STATEMENT OF INTEREST

NACDL understands that *amicus* briefs are unusual at the district court level and may be considered unwelcomed additional paper. Neither the Federal Rules of Criminal Procedure nor this Court's local rules directly address *amicus* participation in criminal proceedings. Nonetheless, this Court has exercised its broad discretion to accept *amicus* briefs where they can be of assistance to the Court. *E.g.*, *United States* v. *Strandlof*, No. 1:09-cr-00497 (D. Colo. Jan. 19, 2010), Dkts. 36, 38; *United States* v. *Bader*, No. 07-cr-00338-MSK, 2009 WL 2219258, at *1 n.1 (D. Colo. July 23, 2009). As set forth below, the long experience of NACDL and its members in promoting justice and due process in criminal proceedings gives NACDL valuable insight that makes it uniquely situated to inform the Court of the broader implications of the issues before it. As explained in the proposed brief, the United States Department of Justice ("the Department") has repeatedly ignored warnings from the United States Supreme Court regarding new and expansive interpretations of criminal statutes and is again pursuing a criminal prosecution in this case and others like it that defies due process as a matter of law. The Department's indictment here should be dismissed in order for these questions of law to be considered and resolved by an appellate court before this prosecution—and others like it—are further pursued.

NACDL is a nonprofit voluntary professional bar association that works on behalf of criminal defense attorneys to ensure justice and due process for those accused of crime or misconduct. NACDL has a nationwide membership of many

2

thousands of direct members, and up to 40,000 with affiliates. In addition to law professors and judges, NACDL's members include private criminal defense lawyers, public defenders, and military defense counsel who defend their clients in state and federal courtrooms around the country every day.

NACDL's members often represent individuals who are exposed to novel, untested theories of prosecution that raise serious due process concerns. NACDL therefore has consistently participated as *amicus curiae* in cases involving substantial questions of law related to novel prosecution theories and overcriminalization before the United States Supreme Court, as well as before federal district and appellate courts. *E.g.*, Br. of NACDL and The American Fuel & Petrochemical Manufacturers as *Amici Curiae*, *Yates* v. *United States*, No. 13-7451 (July 7, 2014); Br. for *Amici Curiae* NACDL, Reason Foundation and Five Criminal and Health Law Scholars, *United States* v. *Clay*, No. 14-12373 (11th Cir. Sept. 26, 2014); Br. of The Innocence Project, North Carolina Center on Actual Innocence, New England Innocence Project, and NACDL as *Amici Curiae*, *United States* v. *MacDonald*, No. 08-8525 (4th Cir. June 15, 2010); *Amicus Curiae* Br. of NACDL, *United States* v. *Flynn*, No. 17-cr-00232 (D.D.C. June 9, 2020).

Counsel for NACDL has contacted counsel for the parties concerning this filing. Counsel for Defendants DaVita Inc. and Kent Thiry consent to this filing. The United States takes no position on NACDL's request for leave to file an amicus brief. The proposed *amicus* brief is filed contemporaneously with and immediately follows this

3

Motion. There will be no further delay in the proceedings should this Motion be granted as NACDL does not intend to seek to be present at any hearing or oral argument unless this Court requests NACDL's participation.

For these reasons, NACDL requests that this Court grant leave to file this *amicus curiae* brief in support of the Joint Motion to Dismiss.

Dated: September 21, 2021

Respectfully submitted,

*/s/ Carter G. Phillips*
Carter G. Phillips
Sidley Austin LLP
1501 K Street NW
Washington, D.C. 20005
Telephone: (202) 736-8270
Facsimile: (202) 736-8711
Email: cphillips@sidley.com