IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

      Defendants.

### [PROPOSED] ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT

This matter comes before the Court on the United States' unopposed motion of October 14, 2021, for a ten-page enlargement of their response to Defendants' joint motion to dismiss. The Court hereby grants the motion. Accordingly, it is

ORDERED that the United States may file a response to Defendants' joint motion to dismiss not to exceed 25 pages, consistent with otherwise-applicable rules and practice standards.

So ORDERED, this _____ day of October, 2021.

                                                BY THE COURT:

                                                _____
                                                THE HONORABLE R. BROOKE JACKSON
                                                UNITED STATES DISTRICT JUDGE