### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

   1.  DAVITA INC.,

   2.  KENT THIRY,

        Defendants.

---

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT

---

This matter comes before the Court on defendants' unopposed motion of October 29, 2021, for a six-page enlargement of their joint reply in support of their motion to dismiss. The Court hereby grants the motion. Accordingly, it is

ORDERED that defendants may file a reply not to exceed 11 pages, consistent with otherwise-applicable rules and practice standards.

DATED October \_\_\_\_, 2021.

                                                BY THE COURT:

                                                _____
                                                R. BROOKE JACKSON
                                                United States District Judge