DEFENDANT:     Kent Thiry

YOB:     1956

COMPLAINT
FILED?     _____ Yes   \_\_X\_\_\_ No

     If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_ Yes   \_\_ No

OFFENSE(S):     Count 1:  Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1)

     Count 2: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1)

     Count 3: Conspiracy in Restraint of Trade to Allocate Employees (15 U.S.C. § 1)

LOCATION OF
OFFENSE:     State and District of Colorado and elsewhere

PENALTY:     Count 1:  Term of imprisonment not exceeding 10 years; fine equal to greatest of $1 million or twice the gross gain or twice the gross loss; or both imprisonment and a fine

     Term of supervised release not exceeding 3 years

     $100 special assessment

     Count 2:  Term of imprisonment not exceeding 10 years; fine equal to greatest of 1) $1 million, 2) twice the gain the conspirators derived from the crime, or 3) twice the loss caused to the victims; or both imprisonment and a fine

     Term of supervised release not exceeding 3 years

     $100 special assessment

     Count 3:  Term of imprisonment not exceeding 10 years; fine equal to greatest of 1) $1 million, 2) twice the gain the conspirators derived from the crime, or 3) twice the loss caused to the victims; or both imprisonment and a fine

     Term of supervised release not exceeding 3 years

2

$100 special assessment

AGENT:         Matthew Hamel
               FBI

AUTHORIZED     Anthony W. Mariano
BY:            Trial Attorney
               U.S. Department of Justice, Antitrust Division

ESTIMATED TIME OF TRIAL:

___ five days or less;  _X__ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

The statutory presumption of detention is not applicable to this defendant.