IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

**DEFENDANT DAVITA INC.'S NOTICE OF WAIVER OF RE-ARRAIGNMENT HEARING AND ENTRY OF PLEA OF NOT GUILTY**

Defendant DaVita Inc., by and through undersigned counsel, files this Notice of Waiver of Re-Arraignment Hearing and Entry of Plea of Not Guilty to all counts in the Three-Count Superseding Indictment, Number 1:21-cr-00229, Dkt. 74.

Rule 10(b) of the Federal Rules of Criminal Procedure provides that "[a] defendant need not be present for the arraignment if:

(1) the defendant has been charged by indictment or misdemeanor information;

(2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and

(3) the court accepts the waiver."

Fed. R. Crim. P. 10(b).

On November 8, 2021, undersigned counsel (a) presented Defendant DaVita Inc. representatives with a copy of the superseding indictment, Criminal No. 1:21-cr-00229, Dkt. 74 ("Superseding Indictment"); (b) discussed all charges and counts in the Superseding Indictment; (c) confirmed that Defendant DaVita Inc. understands the charges, counts, and maximum penalties under law; (d) explained the purpose of arraignment and the right to be present for the arraignment; and (e) affirmed that Defendant DaVita Inc. elects to waive the right to be present at arraignment and elects to enter a plea of "not guilty" to all charges and counts in the Superseding Indictment.

As evidenced by the signatures below, Defendant DaVita Inc. hereby (a) AFFIRMS that it received a copy of the Superseding Indictment, Criminal No. 1:21-cr-00229, Dkt. 74; (b) WAIVES the right to be present at arraignment; and (c) ENTERS a plea of "not guilty" to all charges and counts in that Superseding Indictment.

Respectfully submitted this 8th day of November, 2021.

| | |
|---|---|
| /s/ Kathleen Waters | /s/ John Walsh |
| DAVITA INC. | John Walsh |
| Defendant | Heather S. Nyong'o |
| By: Kathleen A. Waters | Daniel Crump |
| Title: Chief Legal and Public Affairs Officer | **Wilmer Cutler Pickering Hale and Dorr LLP** |
| | 1225 17th Street, Suite 2600 |
| | Denver, CO 80202 |
| | Telephone: (720)274-3135 |
| | Facsimile:  (720)274-3133 |
| | E-mail: john.walsh@wilmerhale.com |
| | E-mail: heather.nyong'o@wilmerhale.com |
| | E-mail: daniel.crump@wilmerhale.com |
| | |
| | *Attorneys for Defendant DaVita Inc.* |

## CERTIFICATE OF SERVICE

I certify that on November 8, 2021, I filed this document with the Clerk of the Court for the United States District Court for the District of Colorado using the CM/ECF system, which will serve this document on all counsel of record.

 *s/ Tracy Gomez*
Tracy Gomez
