IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

 1. DAVITA INC.,

 2. KENT THIRY,

      Defendants.

---

**NOTICE OF DEFENDANTS' JOINT SUBMISSION OF TRANSCRIPT
FROM *UNITED STATES V. HEE***

---

As discussed during today's oral argument on defendants' motion to dismiss, attached as Exhibit A is the transcript from the November 2, 2021, oral argument on defendants' motion to dismiss in *United States v. Ryan Hee and VDA OC, LLC*, 2:21-cr-00098-RFB-BNW (D. Nev.).

| | |
|---|---|
| November 19, 2021 | Respectfully submitted, |
| SETH P. WAXMAN<br>DAVID M. LEHN<br>WILMER CUTLER PICKERING HALE &<br>DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6000<br>seth.waxman@wilmerhale.com<br>david.lehn@wilmerhale.com | John F. Walsh III<br>JOHN F. WALSH III<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80220<br>(720) 274-3154<br>john.walsh@wilmerhale.com |

DANIEL CRUMP
WILMER CUTLER PICKERING HALE & DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 9007
(213) 443-5300
daniel.crump@wilmerhale.com

*Counsel for Defendant DaVita Inc.*

CERTIFICATE OF SERVICE

I certify that on November 19, 2021, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

/s/ John F. Walsh III
John F. Walsh III