IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

### [PROPOSED] ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT

This matter comes before the Court on the United States' unopposed motion of December 15, 2021, for a five-page enlargement of their omnibus motions *in limine* filing. The Court hereby grants the motion. Accordingly, it is

ORDERED that the United States may file omnibus motions *in limine* not to exceed 20 pages, consistent with otherwise-applicable rules and practice standards.

So ORDERED, this _____ day of December, 2021.

                              BY THE COURT:

                              _____
                              THE HONORABLE R. BROOKE JACKSON
                              UNITED STATES DISTRICT JUDGE