## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,
     Plaintiff,
v.
1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

## MOTION TO WITHDRAW APPEARANCE OF ATTORNEY TRACEY F. MILICH

Pursuant to D.C.Colo.LAttyR 5(b), Attorney Tracey F. Milich hereby respectfully requests that her appearance as Counsel for DaVita Inc. ("DaVita") be withdrawn. Ms. Milich is leaving Morgan, Lewis & Bockius LLP ("Morgan Lewis"), effective Friday, December 24, 2021. DaVita will continue to be represented by the other attorneys on record. No deadlines scheduled by the Court will be adversely affected by this withdrawal and no party will be prejudiced by the withdrawal.

Date: December 20, 2021      Respectfully submitted,

                 */s/ Tracey F. Milich*
                 Tracey F. Milich
                 MORGAN, LEWIS & BOCKIUS LLP
                 1111 Pennsylvania Avenue, NW
                 Washington, DC 20004
                 Phone: (202) 739-3000
                 Fax: (202) 739-3001
                 tracey.milich@morganlewis.com

                 **ATTORNEY FOR DAVITA INC.**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

      */s/ Tracey F. Milich*
Tracey F. Milich