IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA

Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

Defendants.

---

### UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT DAVITA, INC.

---

Counsel for Defendant DaVita Inc. respectfully requests that this Court grant leave to withdraw Heather Steiner Nyong'o as co-counsel of record for the reasons set forth herein.

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)

Undersigned counsel conferred with counsel for the government, who does not oppose this motion.

### MOTION

1. On July 19, 2021, Ms. Nyong'o entered her appearance as counsel for Defendant DaVita Inc.

2. In November 2021, Ms. Nyong'o joined Cleary Gottlieb Steen & Hamilton LLP. Accordingly, counsel for Defendant DaVita Inc. seeks leave to withdraw Heather Nyong'o as co-counsel for DaVita Inc. in this action.

1

3.     Counsel from WilmerHale LLP and Morgan Lewis & Bockius LLP have entered their appearances as co-counsel for Defendant DaVita Inc. and will remain counsel of record in this matter.

4.     DaVita Inc. has been informed of counsel's intention to file this motion and consents to the withdrawal of Ms. Nyong'o as co-counsel in this action.

WHEREFORE, counsel for Defendant DaVita respectfully requests that the Court enter an order granting leave to withdraw Ms. Nyong'o as co-counsel of record for Defendant DaVita in this action and terminate electronic service via CM/ECF.

Respectfully submitted this 22nd day of December, 2021.

*/s/ John Walsh*
John Walsh
**Wilmer Cutler Pickering Hale and Dorr LLP**
1225 17th Street, Suite 2600
Denver, CO 80202
Telephone: (720)274-3154
Facsimile:  (720)274-3133
E-mail: john.walsh@wilmerhale.com

*Attorneys for Defendant DaVita Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2021, the foregoing **UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT DAVITA INC.** was electronically filed with the clerk of the court using the CM/ECF system, which will send notification of such filing to counsel of record

*s/ John Walsh*
John Walsh