**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

        Defendants.

_____

**JOINT MOTION AND (PROPOSED) ORDER REGARDING CASE SCHEDULE**
_____

WHEREAS, on August 19, 2021, this Court so ordered a case schedule (the "Case Schedule");

WHEREAS, the Case Schedule did not provide a specific timeline or process for the parties to exchange proposed jury instructions;

WHEREAS, this Court's relevant practice standards ask parties to "email your single set of joint proposed jury instructions in Word format to Chambers one week before the Trial Preparation Conference"; "pair disputed instructions on each subject, indicating which is plaintiff's and which is defendant's proposed version, so that I can more easily compare your respective positions on the instruction"; and provide "supporting authorities … for disputed instructions";

WHEREAS, February 21, 2022 is a federal holiday;

The parties, by and through their undersigned counsel, hereby jointly request that this Court so order the following process and deadlines regarding jury instructions in this matter:

1

| Event | Date |
|---|---|
| Parties shall exchange proposed jury instructions. | 2/07/2022 |
| Parties shall meet and confer in good faith to stipulate to as many proposed jury instructions as possible. | 2/08/2022-02/21/2022 |
| Parties shall file a single set of the jury instructions with the court, identifying disputed instructions and those to which the parties stipulate.<br><br>For disputed instructions, the parties shall file both versions of the proposed instruction (the Division's version and defendants' joint version) and supporting citations thereof.<br><br>The parties may also file separate memoranda in support of their proposed, disputed jury instruction. | 02/22/2022 |
| Parties may file memoranda in response to opposing counsel's arguments filed on 02/22/2022. | 03/01/2022 |

In addition, while the Case Schedule set a February 7, 2022 deadline to submit proposed *voir dire* questions to this Court, *see* ECF No. 39, the parties do not believe it is necessary to do so at this juncture. Accordingly, defendants also move to suspend the *voir dire* deadline—a request the United States does not oppose. All parties reserve the right to raise *voir dire* issues at a later stage in the litigation.

Finally, the Case Schedule set a February 21, 2022 deadline to submit responses to supplemental motions in limine. *See* ECF No. 39. Because February 21, 2022 is a federal holiday, the parties jointly request that the Court move the deadline to submit responses to

2

supplemental motions in limine to February 22, 2022.

Dated: January 31, 2022                                    Respectfully submitted,

SETH P. WAXMAN                                             /s/ *John F. Walsh III*
WILMER CUTLER PICKERING HALE & DORR         JOHN F. WALSH III
LLP                                                                        WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue NW                      1225 17th Street, Suite 2600
Washington, DC 20006                                   Denver, CO 80220
(202) 663-6000                                                (720) 274-3154
seth.waxman@wilmerhale.com                     john.walsh@wilmerhale.com

JOHN C. DODDS                                               J. CLAY EVERETT, JR.
MORGAN LEWIS & BOCKIUS LLP                   MORGAN LEWIS & BOCKIUS LLP
1701 Market Street                                          1111 Pennsylvania Ave. NW
Philadelphia, PA 19103-2921                          Washington, DC 20004-2541
(215) 963-4942                                                (202) 739-5860
john.dodds@morganlewis.com                      clay.everett@morganlewis.com

*Counsel for Defendant DaVita Inc.*

CLIFFORD B. STRICKLIN                                  JEFFREY E. STONE
KING & SPALDING                                           DANIEL CAMPBELL
1401 Lawrence Street, Suite 1900                 McDermott Will & Emery LLP
Denver, CO 80202                                            444 W Lake St.
(720) 535-2327                                                Chicago, IL 60606
cstricklin@kslaw.com                                      (312) 984-2064
                                                                        jstone@mwe.com
JUSTIN P. MURPHY                                         dcampbell@mwe.com
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8018
jmurphy@mwe.com

*Counsel for Defendant Kent Thiry*

MEGAN S. LEWIS
WILLIAM J. VIGEN
ANTHONY W. MARIANO
SARA M. CLINGAN
 Trial Attorneys
U.S. DEPARTMENT OF JUSTICE, ANTITRUST DIVISION
Washington Criminal II Section
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: 202-598-8145 / 202-353-2411 / 202-598-2737 / 202-480-1951
FAX: 202-514-9082
E-mail: megan.lewis@usdoj.gov
E-mail: william.vigen@usdoj.gov
E-mail: anthony.mariano@usdoj.gov
E-mail: sara.clingan2@usdoj.gov

*Attorneys for United States*

## CERTIFICATE OF SERVICE

I certify that on January 31, 2022, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

/s/ *John F. Walsh III*
John F. Walsh III

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for all parties have conferred regarding the relief sought in the motion.

/s/ *John F. Walsh III*
John F. Walsh III