IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

        Defendants.

---

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT

---

Defendants respectfully move the Court for an enlargement of five pages for the parties' memoranda in support of their proposed, disputed jury instructions. The United States does not oppose this motion.

Pursuant to the Court's scheduling order, Defendants' briefing is due by February 22, 2022. ECF 134 at 1. Consistent with the Court's scheduling order, the parties have been conferring on jury instructions and have agreed on a number of instructions. However, the parties dispute several substantive jury instructions related to antitrust law. In preparing their memoranda, Defendants have endeavored to comply with the Court's practice standard that motions "not exceed 15 pages," inclusive of the caption, the signature block, and the certificate of service. Practice Standards, http://www.cod.uscourts.gov/Portals/0/Documents/Judges/RBJ/RBJ_Practice_Standards.pdf?ver=2020-12-08-151330-180. While Defendants are not certain whether this 15-page limitation applies to memoranda relating to disputed jury instructions, for the avoidance of doubt,

1

Defendants now move for the requested enlargement of five pages. Defendants believe that the additional five pages, for a total of 20 pages, are needed to ensure that they can adequately—yet concisely—present their arguments to the Court.

## CONCLUSION

The Court should grant Defendants' request for an enlargement of five pages for the parties' memoranda in support of their proposed, disputed jury instructions.

February 18, 2022.                                              Respectfully submitted,

|  |  |
|---|---|
|  | /s/ *John F. Walsh III* |
|  | JOHN F. WALSH III |
| SETH P. WAXMAN | WILMER CUTLER PICKERING HALE & DORR LLP |
| WILMER CUTLER PICKERING HALE & DORR LLP | 1225 17th Street, Suite 2600 |
| 1875 Pennsylvania Avenue NW | Denver, CO 80220 |
| Washington, DC 20006 | (720) 274-3154 |
| (202) 663-6000 | john.walsh@wilmerhale.com |
| seth.waxman@wilmerhale.com |  |
| david.lehn@wilmerhale.com | J. CLAY EVERETT, JR. |
|  | MORGAN LEWIS & BOCKIUS LLP |
| JOHN C. DODDS | 1111 Pennsylvania Ave. NW |
| MORGAN LEWIS & BOCKIUS LLP | Washington, DC 20004-2541 |
| 1701 Market Street | (202) 739-5860 |
| Philadelphia, PA 19103-2921 | clay.everett@morganlewis.com |
| (215) 963-4942 |  |
| john.dodds@morganlewis.com |  |

*Counsel for Defendant DaVita Inc.*

| | |
|---|---|
| CLIFFORD B. STRICKLIN | JEFFREY E. STONE |
| KING & SPALDING | DANIEL CAMPBELL |
| 1401 Lawrence Street, Suite 1900 | McDermott Will & Emery LLP |
| Denver, CO 80202 | 444 W Lake St. |
| (720) 535-2327 | Chicago, IL 60606 |

2

cstricklin@kslaw.com

JUSTIN P. MURPHY
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8018
jmurphy@mwe.com

(312) 984-2064
jstone@mwe.com
dcampbell@mwe.com

*Counsel for Defendant Kent Thiry*

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), Defendants Thiry and DaVita conferred with counsel for the United States by email on February 18, 2022, regarding this motion, and the United States does not oppose this motion.

### CERTIFICATE OF SERVICE

I certify that on February 18, 2022, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

/s/ *John F. Walsh III*
John F. Walsh III