IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

        Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT**

---

This matter comes before the Court on Defendants' unopposed motion of February 18, 2022, for an enlargement of five pages for the parties' memoranda in support of their proposed, disputed jury instructions. The Court hereby grants the motion. Accordingly, it is

ORDERED that the parties may file memoranda in support of their proposed, disputed jury instructions not to exceed 20 pages, consistent with otherwise-applicable rules and practice standards.

DATED this ___ day of February, 2022.

                                BY THE COURT:

                                _____

                                R. BROOKE JACKSON

                                United States District Judge