**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

               Plaintiff,

v.

       1.  DAVITA INC.,
       2.  KENT THIRY,

               Defendants.

---

**JOINT MOTION OF THE PARTIES FOR A BRIEF QUESTIONNAIRE TO
POTENTIAL JURORS**

---

Defendants DaVita Inc. and Kent Thiry, together with the Antitrust Division of the

Department of Justice (collectively the "Parties") respectfully request that this Court provide a

brief, four-page questionnaire to potential jurors, attached as Exhibit A.  In support of using this

questionnaire, the Parties state as follows:

1.        "To be meaningful, the adequacy of voir dire examination must allow a party an

opportunity to make reasonably intelligent use of peremptory challenges and challenges for

cause." *Lowery v. City of Albuquerque*, No. CIV 09-0457, 2012 WL 1372273, at 4 (D.N.M.

April 11, 2012).  "[D]istrict courts have broad discretion in fashioning the method of exercising

peremptory challenges, and the jury selection procedure in general."  *United States v. Morris*,

623 F.2d 145, 151 (10th Cir. 1980).  Furthermore, "[t]he Court's goals are to make voir dire as

efficient as possible and to permit the parties to inquire into potential biases which they feel may

1

lead to an impartial jury." *Lowery v. City of Albuquerque*, 2012 WL 1372273, at 4 (D.N.M. April 11, 2012).

2.      This case concerns a prominent Colorado company and executive, and has received significant media coverage.  Given this, the parties agree that providing a brief custom jury questionnaire will be helpful in expediting the formation of a fair and impartial jury.

3.      The Court's practice standards expressly provide for the parties to submit such a brief questionnaire to the Court for consideration and use in cases of this kind.  Judicial Practice Standards of Hon. R. Brooke Jackson, District of Colorado, at 6 ("In particularly lengthy, complicated or highly publicized cases, I will be happy to work with you on putting together a short written questionnaire to be filled out by prospective jurors before voir dire begins.")

4.      The Parties agree that the juror questionnaire attached as Exhibit A will be helpful in selecting a jury and will not cause undue delay.

5.      Therefore, the Parties request that the Court provide this questionnaire to potential jurors and ask that they complete the questionnaire before voir dire.

## CONCLUSION

Accordingly, the Court should provide the questionnaire attached as Exhibit A to potential jurors.

Dated:  February 23, 2022                 Respectfully submitted,

JOHN C. DODDS                             /s/ *John F. Walsh III*
MORGAN LEWIS & BOCKIUS LLP                JOHN F. WALSH III
1701 Market Street                        WILMER CUTLER PICKERING HALE & DORR LLP
Philadelphia, PA 19103-2921               1225 17th Street, Suite 2600
(215) 963-4942                            Denver, CO 80220
john.dodds@morganlewis.com                (720) 274-3154
                                          john.walsh@wilmerhale.com

                                          J. CLAY EVERETT, JR.
                                          MORGAN LEWIS & BOCKIUS LLP
                                          1111 Pennsylvania Ave. NW
                                          Washington, DC 20004-2541
                                          (202) 739-5860
                                          clay.everett@morganlewis.com

*Counsel for Defendant DaVita Inc.*

CLIFFORD B. STRICKLIN                     JEFFREY E. STONE
KING & SPALDING                           DANIEL CAMPBELL
1401 Lawrence Street, Suite 1900          McDermott Will & Emery LLP
Denver, CO 80202                          444 W Lake St.
(720) 535-2327                            Chicago, IL 60606
cstricklin@kslaw.com                      (312) 984-2064
                                          jstone@mwe.com
JUSTIN P. MURPHY                          dcampbell@mwe.com
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8018
jmurphy@mwe.com

*Counsel for Defendant Kent Thiry*

3

Dated:  February 23, 2022                    Respectfully submitted,

                                             /s/ *William J. Vigen*
                                             Sara M. Clingan, Trial Attorney
                                             Anthony W. Mariano, Trial Attorney
                                             Megan S. Lewis, Assistant Chief
                                             William J. Vigen, Trial Attorney
                                             U.S. Department of Justice, Antitrust Division
                                             Washington Criminal I Section
                                             450 Fifth Street, N.W.
                                             Washington, D.C. 20530
                                             Tel: 202-480-1951
                                             E-mail: sara.clingan2@usdoj.gov

                                   *Counsel for United States*


## CERTIFICATE OF SERVICE

        I certify that on February 23, 2022, I filed the above document with the Clerk of the
Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

                                             /s/ *John F. Walsh III*
                                                 John F. Walsh III