# EXHIBIT A

The questionnaire below has been approved by the Court and will be filled out by each prospective juror. To select jurors, the Court and the parties require certain information. This form is designed to save time and assist the Court and the parties to move forward as quickly as possible. Please answer the questions below honestly and completely, and provide the response in the enclosed envelope. This information will not be used for any other purpose except to select a jury.

## JUROR QUESTIONNAIRE

Full Name _____

1. What is your marital status?

    ☐ Single        ☐ Married        ☐ Divorced/Separated
    ☐ Living with Partner    ☐ Widowed

2. What is the highest level of education you have earned and what degrees, if any, have you achieved?
   _____

3. Are you currently: (Check one)

    Employed _____    Retired _____    Unemployed and looking for work _____

    Unemployed and not looking for work _____    Self-employed _____

    Student _____    Disabled _____    Homemaker _____

    Other (please specify) _____

4. If employed, what is your current occupation:_____

    Name of Employer: _____ Since: _____

    How many employees does your current employer have? _____

5. If you are not presently employed, and you have previously been employed, describe your last employment, including the name of your employer, the length of time you worked there, the nature of your job, and the length of time you were employed.

    _____
    _____

6. If married or living with a partner, please describe that person's present, or most recent, employment.

    _____
    _____

7. Have you or your spouse or partner ever owned your own business?    ☐ Yes    ☐ No
    If YES, please describe the business: _____
    _____

8. Have you ever been responsible for hiring, firing or supervising employees?    ☐ Yes ☐ No

9. Have you ever taken any courses in, had any training in, or been employed in any of the following industries/fields:

    a) Law/Legal field      ☐ Yes    ☐ No

    b) Law enforcement      ☐ Yes    ☐ No

    c) Healthcare/Medicine      ☐ Yes    ☐ No

    d) Human Resources      ☐ Yes    ☐ No

    e) Accounting/Economics      ☐ Yes    ☐ No

If YES, please describe: _____

_____

10. Have you ever worked for the government?
    ☐ Yes     ☐ No

If YES, please describe: _____

_____

11. Have you ever worked for the U.S. military?
    ☐ Yes     ☐ No

If YES, please describe: _____

_____

12. Have you, or has anyone close to you, ever had any work training or personal experience with kidney dialysis?
    ☐ Yes     ☐ No

If YES, please describe: _____

_____

13. In general, how do you feel about the justice system?

     ☐ Positive     ☐ Negative     ☐ Neutral

14. Other than a divorce/custody issue, have you been a [Check all that apply]:
    ☐ Plaintiff   ☐ Defendant   ☐ Witness   ☐ Unsure   ☐ Never been involved in a lawsuit
    Please explain: _____

15. What is your primary source of news?
    ☐ Online sources     ☐ Television     ☐ Radio     ☐ Podcasts
    ☐ Print Publications             ☐ Social Media

16. What news outlets do you usually follow, if any?

    _____

    _____

17. What programs/channels do you regularly listen to or watch?

    _____

    _____

18. How familiar are you with DaVita?
    a. Very familiar
    b. Somewhat familiar
    c. Not very familiar
    d. Not at all familiar

19. What is your opinion of the company, DaVita?
    a. Very positive
    b. Somewhat positive
    c. Neutral
    d. Somewhat negative
    e. Very negative
    f. I have never heard of DaVita

20. Have you or someone close to you ever had a negative experience with DaVita?

    ☐Yes    ☐ No    If "Yes," please explain:

    _____

    _____

21. How familiar are you with Kent Thiry?
    a. Very familiar
    b. Somewhat familiar
    c. Not very familiar
    d. Not at all familiar

22. What is your opinion of Kent Thiry?
    a. Very positive
    b. Somewhat positive
    c. Neutral
    d. Somewhat negative
    e. Very negative
    f. I have never heard of Kent Thiry

23. Do you have an opinion of Kent Thiry?

    ☐Yes     ☐ No    If "Yes," please explain:

    _____

    _____

24. Have you heard of any lawsuits involving DaVita and Kent Thiry before today?

    ☐Yes     ☐ No    If "Yes," please explain:

    _____

    _____