IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

        Defendants.

---

**[PROPOSED ORDER RE] JOINT MOTION OF THE PARTIES FOR A BRIEF QUESTIONNAIRE TO POTENTIAL JURORS**

---

This matter comes before the Court on the Parties' joint motion of February 23, 2022, to provide a brief, four-page questionnaire potential jurors. The Court hereby grants the motion. Accordingly, it is ORDERED that the Court shall provide the questionnaire at ECF No. 187-1 to potential jurors as part of voir dire.

DATED February ____, 2022.

                                              BY THE COURT:

                                              _____

                                              R. BROOKE JACKSON
                                              United States District Judge