**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVITA INC.,

2. KENT THIRY,

        Defendants.

---

**DEFENDANTS' NOTICE IDENTIFYING SPECIFIC
*JAMES* LOG ENTRIES FOR PARTICULAR OBJECTION**

---

At the *James* hearing held on February 24, 2022, the Court invited defendants to "identify specific documents within the [159] *James* entries … that they want to call out for particular objection" "[i]f you assume that the Court will be satisfied that for purposes of Rule 801(d)(2)(E) the Government has made a preponderance of the evidence showing of the existence of a conspiracy, which is the first of the three elements, through the combination of the testimony of Agent Timens, the admissions in the documents by DaVita which are otherwise admissible, and by the alleged coconspirator statements themselves." Hrg. Tr. 109:4-16. Accordingly, and while defendants maintain their objections to every entry on the *James* log, including due to the Government's failure to meet its burden as to the first element (existence of a conspiracy) as set forth in their briefing at Dkt. 156, defendants respectfully submit this notice and accompanying exhibits in accordance with the Court's request to identify entries for particular objection on

1

other grounds.  Defendants have identified 60 entries for particular objection—out of the Government's 159 proffered statements.  Exhibit A is a chart that identifies these 60 entries for particular objection and how the government has failed to meet its burden to prove the additional elements under Rule 801(d)(2)(E).  Exhibit B is a shortened and annotated version of the government's *James* Log, which includes (1) only those 60 entries identified in Exhibit A and (2) an additional column that lays out where the government has failed to meet its burden of proof.[1]

Dated:  March 2, 2022

Jeffrey Stone
Daniel Campbell
McDermott Will & Emery LLP
444 W Lake St.
Chicago, IL 60606
(312) 984-2064
jstone@mwe.com

Justin P. Murphy
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8018
jmurphy@mwe.com

*Counsel for Defendant Kent Thiry*

Respectfully submitted,

/s/ *John F. Walsh III*
John F. Walsh III
Wilmer Cutler Pickering Hale & Dorr LLP
1225 17th Street, Suite 2600
Denver, CO 80220
(720) 274-3154
john.walsh@wilmerhale.com

John C. Dodds
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-4942
john.dodds@morganlewis.com

*Counsel for Defendant DaVita Inc.*

---

[1] Because of the small font size in Exhibit B, defendants will provide the Court with a native Excel version the exhibit via email for ease of review.

3

## CERTIFICATE OF SERVICE

I certify that on March 2, 2022, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

                                            /s/ *John F. Walsh III*
                                              John F. Walsh III