IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

---

## JOINT STIPULATION #1

---

The parties hereby stipulate and agree that all documents listed in Attachment A to this Joint Stipulation #1 are authentic records of the entities or individuals that produced them. Accordingly, the parties agree that the requirements of Federal Rule of Evidence 901 are satisfied with respect to the documents in Attachment A to this Joint Stipulation #1. This stipulation is limited to authenticity. Defendants reserve all other challenges to admissibility, including, but not limited to, challenges brought under Rules 402, 403, and 802.

Dated: March 4, 2022                              Respectfully submitted,

                                                    */s/ William J. Vigen*
                                                    William J. Vigen, Trial Attorney
                                                    Megan S. Lewis, Assistant Chief
                                                    Sara M. Clingan, Trial Attorney
                                                    Terrence A. Parker, Trial Attorney
                                                     Anthony W. Mariano, Trial Attorney
                                                    U.S. Department of Justice, Antitrust Division
                                                    450 Fifth Street, N.W.
                                                    Washington, D.C. 20530
                                                    Tel: 202-304-6283
                                                    E-mail: william.vigen@usdoj.gov

                                       *Counsel for United States*

Dated:  March 4, 2022                                    Respectfully submitted,

| | |
|---|---|
| JOHN C. DODDS<br>MORGAN LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-4942<br>john.dodds@morganlewis.com | */s/ J. Clay Everett, Jr.*<br>JOHN F. WALSH III<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80220<br>(720) 274-3154<br>john.walsh@wilmerhale.com<br><br>J. CLAY EVERETT, JR.<br>MORGAN LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541<br>(202) 739-5860<br>clay.everett@morganlewis.com |

*Counsel for Defendant DaVita Inc.*

| | |
|---|---|
| CLIFFORD B. STRICKLIN<br>KING & SPALDING<br>1401 Lawrence Street, Suite 1900<br>Denver, CO 80202<br>(720) 535-2327<br>cstricklin@kslaw.com<br><br>JUSTIN P. MURPHY<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>(202) 756-8018<br>jmurphy@mwe.com | JEFFREY E. STONE<br>DANIEL CAMPBELL<br>McDermott Will & Emery LLP<br>444 W Lake St.<br>Chicago, IL 60606<br>(312) 984-2064<br>jstone@mwe.com<br>dcampbell@mwe.com |

*Counsel for Defendant Kent Thiry*

**CERTIFICATE OF SERVICE**

    On March 4, 2022, I filed this document with the Clerk of the Court using CM/ECF, which will serve notice on all counsel of record.

                                                                    */s/ William J. Vigen*
                                                                   William J. Vigen
                                                                   Trial Attorney

# Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 1 | DOJ-PROD001A-00000075 |
| 2 | DOJ-PROD003-00058833 |
| 3 | DOJ-PROD003-00062215 |
| 4 | DOJ-PROD001A-00000011 |
| 5 | DOJ-PROD003-00059705 |
| 6 | DOJ-PROD001A-00000109 |
| 7 | DOJ-PROD001A-00000038 |
| 8 | DOJ-PROD001A-00000029 |
| 9 | DOJ-PROD001A-00000073 |
| 10 | DOJ-PROD001A-00000033 |
| 11 | DOJ-PROD003-00146959 |
| 12 | DOJ-PROD001A-00000007 |
| 13 | DOJ-PROD001A-00000123 |
| 14 | DOJ-PROD001A-00000122 |
| 15 | DOJ-PROD001A-00000295 |
| 16 | DOJ-PROD001A-00000234 |
| 17 | DOJ-PROD001A-00000236 |
| 18 | DOJ-PROD001A-00000135 |
| 19 | DOJ-PROD001A-00000136 |
| 20 | DOJ-PROD001A-00000115 |
| 21 | DOJ-PROD001A-00000116 |
| 22 | DOJ-PROD001A-00000284 |
| 23 | DOJ-PROD001A-00000286 |
| 24 | DOJ-PROD001A-00000289 |
| 25 | DOJ-PROD001A-00000238 |
| 26 | DOJ-PROD001A-00000239 |
| 27 | DOJ-PROD001A-00000126 |
| 28 | DOJ-PROD001A-00000231 |
| 29 | DOJ-PROD001A-00000120 |
| 30 | DOJ-PROD001B-00209920 |
| 31 | DOJ-PROD001A-00000012 |
| 32 | DOJ-PROD001A-00000023 |
| 33 | DOJ-PROD001A-00000121 |
| 34 | DOJ-PROD001A-00000137 |
| 35 | DOJ-PROD001A-00000138 |
| 36 | DOJ-PROD001A-00000155 |
| 37 | DOJ-PROD001A-00000161 |
| 38 | DOJ-PROD001A-00000172 |
| 39 | DOJ-PROD001A-00000174 |
| 40 | DOJ-PROD001A-00000205 |
| 41 | DOJ-PROD001A-00000211 |
| 42 | DOJ-PROD001A-00000079 |
| 46 | DOJ-PROD001A-00000008 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 47-1 | DOJ-PROD001B-00327161 |
| 47-2 | DOJ-PROD004-00638158 |
| 48-1 | DOJ-PROD001B-00327160 |
| 48-2 | DOJ-PROD004-00404272 |
| 49 | DOJ-PROD001B-00327133 |
| 50 | DOJ-PROD001B-00538908 |
| 53-1 | DOJ-PROD001B-00158721 |
| 53-2 | DOJ-PROD004-00625914 |
| 54 | DOJ-PROD001B-00327192 |
| 55-1 | DOJ-PROD001B-00327194 |
| 55-2 | DOJ-PROD004-00405766 |
| 56-1 | DOJ-PROD001B-00696383 |
| 56-2 | DOJ-PROD001B-02161765 |
| 57 | DOJ-PROD001A-00001182 |
| 58-1 | DOJ-PROD001A-00001183 |
| 58-2 | DOJ-PROD004-00637153 |
| 59-1 | DOJ-PROD001A-00001193 |
| 59-2 | DOJ-PROD004-00409538 |
| 60-1 | DOJ-PROD001B-00143207 |
| 60-2 | DOJ-PROD004-00815709 |
| 61-1 | DOJ-PROD001B-01170414 |
| 61-2 | DOJ-PROD004-00559178 |
| 62-1 | DOJ-PROD001B-01170420 |
| 62-2 | DOJ-PROD004-00644435 |
| 63-1 | DOJ-PROD001B-01038769 |
| 63-2 | DOJ-PROD004-00496159 |
| 64-1 | DOJ-PROD001B-01038768 |
| 64-2 | DOJ-PROD004-00809826 |
| 66-1 | DOJ-PROD001B-01282359 |
| 66-2 | DOJ-PROD004-00805947 |
| 67-1 | DOJ-PROD001B-00204412 |
| 67-2 | DOJ-PROD004-00615494 |
| 67-3 | DOJ-PROD001B-00152893 |
| 67-4 | DOJ-PROD002-00003188 |
| 68 | DOJ-PROD004-00921418 |
| 69-1 | DOJ-PROD001B-00204413 |
| 69-2 | DOJ-PROD002-00003189 |
| 69-3 | DOJ-PROD004-00799594 |
| 70-1 | DOJ-PROD001B-00152894 |
| 70-2 | DOJ-PROD004-00615495 |
| 75-1 | DOJ-PROD001B-00271626 |
| 75-2 | DOJ-PROD002-00005278 |
| 76-1 | DOJ-PROD001B-00271627 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 76-2 | DOJ-PROD002-00005279 |
| 76-3 | DOJ-PROD024-00001463 |
| 77-1 | DOJ-PROD001B-00271463 |
| 77-2 | DOJ-PROD004-00618579 |
| 78-1 | DOJ-PROD001B-00271460 |
| 78-2 | DOJ-PROD002-00004983 |
| 81 | DOJ-PROD001B-00157126 |
| 82-1 | DOJ-PROD001B-00844033 |
| 82-2 | DOJ-PROD004-00618385 |
| 84 | DOJ-PROD001B-00158327 |
| 85 | DOJ-PROD001A-00000021 |
| 86-1 | DOJ-PROD001B-00204443 |
| 86-2 | DOJ-PROD001A-00000019 |
| 88 | DOJ-PROD001B-00950517 |
| 89 | DOJ-PROD001B-01275781 |
| 90 | DOJ-PROD001B-00157911 |
| 91 | DOJ-PROD001B-00165476 |
| 92 | DOJ-PROD001B-00999981 |
| 94 | DOJ-PROD001A-00001908 |
| 95 | DOJ-PROD001-00000271 |
| 96 | DOJ-PROD003-01963131 |
| 97 | DOJ-PROD001B-02190450 |
| 103 | DOJ-PROD001A-00001890 |
| 110 | DOJ-PROD001B-00449354 |
| 111 | DOJ-PROD001B-00538823 |
| 112 | DOJ-PROD001A-00000089 |
| 113 | DOJ-PROD014-00020688 |
| 114 | DOJ-PROD014-00020689 |
| 115 | DOJ-PROD014-00020690 |
| 116 | DOJ-PROD014-00020691 |
| 117 | DOJ-PROD014-00020692 |
| 118 | DOJ-PROD014-00020693 |
| 119 | DOJ-PROD014-00020694 |
| 120 | DOJ-PROD014-00020695 |
| 121 | DOJ-PROD014-00020696 |
| 122 | DOJ-PROD014-00020697 |
| 123 | DOJ-PROD014-00020698 |
| 124 | DOJ-PROD014-00020699 |
| 125 | DOJ-PROD014-00020700 |
| 126 | DOJ-PROD014-00020701 |
| 127 | DOJ-PROD014-00020702 |
| 128 | DOJ-PROD014-00020703 |
| 129 | DOJ-PROD001A-00000026 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 130 | DOJ-PROD014-00025677 |
| 131 | DOJ-PROD014-00025678 |
| 132 | DOJ-PROD001A-00000351 |
| 133 | DOJ-PROD001A-00000959 |
| 134 | DOJ-PROD001A-00000350 |
| 135 | DOJ-PROD001A-00000293 |
| 136 | DOJ-PROD001A-00000009 |
| 137 | DOJ-PROD001A-00000352 |
| 138 | DOJ-PROD001A-00000353 |
| 139 | DOJ-PROD001A-00000354 |
| 140 | DOJ-PROD001A-00000355 |
| 141 | DOJ-PROD001A-00000356 |
| 142 | DOJ-PROD001A-00000357 |
| 143 | DOJ-PROD001A-00000358 |
| 144 | DOJ-PROD001A-00000359 |
| 145 | DOJ-PROD001A-00000360 |
| 146 | DOJ-PROD001A-00001263 |
| 148 | DOJ-PROD001A-00000305 |
| 150 | DOJ-PROD001A-00000316 |
| 152 | DOJ-PROD003-00261825 |
| 153 | DOJ-PROD003-00313208 |
| 154 | DOJ-PROD017-00000573 |
| 155-1 | DOJ-PROD017-00000162 |
| 155-2 | DOJ-PROD003-00381601 |
| 156 | DOJ-PROD019-00000525 |
| 157 | DOJ-PROD003-00261482 |
| 158 | DOJ-PROD003-00381621 |
| 159 | DOJ-PROD019-00002195 |
| 160 | DOJ-PROD019-00000877 |
| 161 | DOJ-PROD019-00000521 |
| 162 | DOJ-PROD003-00381871 |
| 163 | DOJ-PROD017-00001299 |
| 164 | DOJ-PROD003-00261623 |
| 165 | DOJ-PROD003-00261954 |
| 166 | DOJ-PROD019-00000514 |
| 167 | DOJ-PROD017-00001062 |
| 168 | DOJ-PROD019-00001177 |
| 169-1 | DOJ-PROD017-00000146 |
| 169-2 | DOJ-PROD003-00059745 |
| 170 | DOJ-PROD017-00000855 |
| 171-1 | DOJ-PROD017-00000144 |
| 171-2 | DOJ-PROD003-00036698 |
| 172 | DOJ-PROD017-00000852 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 173 | DOJ-PROD017-00001295 |
| 174 | DOJ-PROD003-00155727 |
| 175 | DOJ-PROD017-00000851 |
| 176-1 | DOJ-PROD017-00000016 |
| 176-2 | DOJ-PROD003-01080255 |
| 177 | DOJ-PROD017-00000849 |
| 178 | DOJ-PROD017-00000882 |
| 179 | DOJ-PROD003-01583060 |
| 180 | DOJ-PROD017-00001166 |
| 181 | DOJ-PROD019-00002187 |
| 182 | DOJ-PROD017-00001302 |
| 183 | DOJ-PROD017-00000863 |
| 184-1 | DOJ-PROD017-00000170 |
| 184-2 | DOJ-PROD003-00059003 |
| 185-1 | DOJ-PROD017-00000013 |
| 185-2 | DOJ-PROD003-00059475 |
| 186 | DOJ-PROD017-00000870 |
| 187 | DOJ-PROD017-00001187 |
| 188 | DOJ-PROD017-00001182 |
| 189 | DOJ-PROD017-00000015 |
| 190 | DOJ-PROD017-00001181 |
| 191 | DOJ-PROD017-00000010 |
| 192-1 | DOJ-PROD003-00381218 |
| 192-2 | DOJ-PROD017-00000168 |
| 193 | DOJ-PROD017-00000861 |
| 194 | DOJ-PROD019-00001238 |
| 195 | DOJ-PROD016-00011002 |
| 196 | DOJ-PROD017-00001034 |
| 197 | DOJ-PROD017-00000885 |
| 198 | DOJ-PROD003-00189180 |
| 199 | DOJ-PROD017-00001036 |
| 200 | DOJ-PROD017-00001390 |
| 201 | DOJ-PROD020-00000773 |
| 202 | DOJ-PROD003-00035657 |
| 203 | DOJ-PROD017-00001387 |
| 204 | DOJ-PROD017-00001388 |
| 205 | DOJ-PROD019-00001633 |
| 206 | DOJ-PROD016-00011023 |
| 207 | DOJ-PROD017-00000182 |
| 208 | DOJ-PROD017-00000903 |
| 209 | DOJ-PROD017-00001385 |
| 210 | DOJ-PROD020-00000792 |
| 211 | DOJ-PROD017-00001032 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
| --- | --- |
| 212 | DOJ-PROD003-00057880 |
| 213 | DOJ-PROD003-00058512 |
| 214 | DOJ-PROD020-00000080 |
| 215 | DOJ-PROD003-00119800 |
| 216 | DOJ-PROD017-00000912 |
| 217 | DOJ-PROD003-00181171 |
| 218 | DOJ-PROD017-00001378 |
| 219 | DOJ-PROD017-00002139 |
| 220 | DOJ-PROD017-00000942 |
| 221 | DOJ-PROD017-00001327 |
| 222 | DOJ-PROD017-00000836 |
| 223 | DOJ-PROD020-00000979 |
| 224 | DOJ-PROD017-00001364 |
| 225 | DOJ-PROD017-00001354 |
| 226 | DOJ-PROD017-00001333 |
| 227 | DOJ-PROD017-00001368 |
| 228 | DOJ-PROD017-00001328 |
| 229 | DOJ-PROD017-00001399 |
| 230 | DOJ-PROD019-00000664 |
| 231 | DOJ-PROD019-00001465 |
| 232 | DOJ-PROD019-00001931 |
| 233 | DOJ-PROD020-00000032 |
| 234 | DOJ-PROD017-00001293 |
| 235 | DOJ-PROD020-00000001 |
| 236 | DOJ-PROD020-00000002 |
| 237 | DOJ-PROD020-00000003 |
| 238 | DOJ-PROD020-00000029 |
| 241 | DOJ-PROD020-00000006 |
| 242 | DOJ-PROD020-00000007 |
| 243 | DOJ-PROD020-00000008 |
| 244 | DOJ-PROD020-00000009 |
| 245 | DOJ-PROD019-00001891 |
| 246 | DOJ-PROD019-00000700 |
| 247 | DOJ-PROD025-00000021 |
| 248 | DOJ-PROD025-00000022 |
| 249 | DOJ-PROD025-00000014 |
| 250 | DOJ-PROD020-00000980 |
| 251 | DOJ-PROD001A-00000124 |
| 252 | DOJ-PROD014-00027387 |
| 253 | DOJ-PROD015-00000255 |
| 254 | DOJ-PROD003-00058187 |
| 255 | DOJ-PROD022-00000003 |
| 256 | DOJ-PROD003-00037846 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 257 | DOJ-PROD003-00034346 |
| 258 | DOJ-PROD003-00042083 |
| 259 | DOJ-PROD016-00001591 |
| 260 | DOJ-PROD001A-00000246 |
| 261 | DOJ-PROD001A-00000247 |
| 262 | DaVita Inc. 2012 Definitive Proxy Statement |
| 263 | DaVita HealthCare Partners Inc. 2013 Definitive Proxy Statement |
| 264 | DaVita HealthCare Partners Inc. 2014 Definitive Proxy Statement |
| 265 | DaVita HealthCare Partners Inc. 2015 Definitive Proxy Statement |
| 266 | DaVita HealthCare Partners Inc. 2016 Definitive Proxy Statement |
| 267 | DaVita Inc. 2017 Definitive Proxy Statement |
| 268 | DaVita Inc. 2018 Definitive Proxy Statement |
| 269 | DaVita Inc. 2019 Definitive Proxy Statement |
| 270 | DaVita Inc. 2019 Notice of Special Meeting and Definitive Proxy Statement |
| 271 | DaVita Inc. 2020 Definitive Proxy Statement |
| 272 | DaVita Inc. 2021 Definitive Proxy Statement |
| 273 | DOJ-PROD015-00000702 |
| 274 | DOJ-PROD015-00000704 |
| 275 | DOJ-PROD015-00000705 |
| 276 | DOJ-PROD015-00000706 |
| 277 | DOJ-PROD015-00001229 |
| 279 | DOJ-PROD003-00038119 |
| 280 | DOJ-PROD001A-00000077 |
| 281 | DOJ-PROD001A-00000083 |
| 282 | DOJ-PROD003-00261491 |
| 283 | DOJ-PROD003-00313228 |
| 284 | DOJ-PROD003-00381222 |

## Attachment A to Joint Stipulation #1

| Exhibit Number | DOJ Discovery Bates / Description |
|---|---|
| 285 | DOJ-PROD023-00000326 |
| 286 | DOJ-PROD003-00485848 |

8