IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

              Plaintiff,

v.

    1. DAVITA INC.,

    2. KENT THIRY,

              Defendants.

_____

**DEFENDANTS' WITHDRAWAL OF THEIR MOTION TO COMPEL THE
PRODUCTION OF BRADY MATERIAL [DKT. NO. 135]**
_____

PLEASE TAKE NOTICE that DaVita Inc. and Kent Thiry ("Defendants") hereby withdraw their Motion to Compel the Production of Brady Material [Dkt. No. 135]. Because the parties have agreed on a process to resolve this motion, the defense moves to withdraw this motion without prejudice to refiling in the event of any dispute remaining after that process is complete.

Dated: March 17, 2022                              Respectfully submitted,

Jeffrey Stone                                      /s/ *John F. Walsh III*
Daniel Campbell                              John F. Walsh III
McDermott Will & Emery LLP       Wilmer Cutler Pickering Hale & Dorr LLP
444 W Lake St.                                 1225 17th Street, Suite 2600
Chicago, IL 60606                         Denver, CO 80220
(312) 984-2064                                 (720) 274-3154
jstone@mwe.com                             john.walsh@wilmerhale.com

| | |
|---|---|
| Justin P. Murphy | John C. Dodds |
| McDermott Will & Emery LLP | Morgan Lewis & Bockius LLP |
| 500 North Capitol Street, NW | 1701 Market Street |
| Washington, DC 20001-1531 | Philadelphia, PA 19103-2921 |
| (202) 756-8018 | (215) 963-4942 |
| jmurphy@mwe.com | john.dodds@morganlewis.com |
| *Counsel for Defendant Kent Thiry* | *Counsel for Defendant DaVita Inc.* |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), Defendants Thiry and DaVita conferred with counsel for the United States via email on March 17, 2022, regarding this motion, and the United States does not oppose this motion.

## CERTIFICATE OF SERVICE

I certify that on March 17, 2022, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

*/s/ John F. Walsh III*
John F. Walsh III

2