**JUROR QUESTIONNAIRE**

1. What is your marital status?

    ☐ Single          ☐ Married        ☐ Divorced/Separated
    ☐ Living with Partner    ☐ Widowed

2. What is the highest level of education you have earned and what degrees, if any, have you achieved?
   _____

3. Are you currently: (Check one)

    Employed ☐     Unemployed and looking for work ☐     Unemployed and not looking for work ☐

    Self-employed ☐      Student ☐      Disabled ☐      Homemaker ☐      Retired ☐

    Other (please specify) _____

4. Have you or your spouse or partner ever owned your own business?    ☐ Yes  ☐ No
   If YES, please describe the business: _____

5. Have you ever been responsible for hiring, firing or supervising employees?    ☐ Yes  ☐ No

6. Have you ever taken any courses in, had any training in, or been employed in any of the following industries/fields:

    a) Law/Legal field              ☐ Yes  ☐ No
    b) Law enforcement              ☐ Yes  ☐ No
    c) Healthcare/Medicine          ☐ Yes  ☐ No
    d) Human Resources              ☐ Yes  ☐ No
    e) Accounting/Economics         ☐ Yes  ☐ No

   If YES, please describe: _____
   _____

7. Have you ever worked for the government?        ☐ Yes  ☐ No
   If YES, please describe: _____

8. Have you ever worked for the U.S. military?     ☐ Yes  ☐ No
   If YES, please describe: _____

9. Have you, or has anyone close to you, ever had any work training or personal experience with kidney dialysis?                                    ☐ Yes  ☐ No
   If YES, please describe: _____
   _____

10. In general, how do you feel about the justice system?   ☐ Positive   ☐ Negative   ☐ Neutral

11. Other than a divorce/custody issue, have you been a [Check all that apply]:
    ☐ Plaintiff   ☐ Defendant   ☐ Witness   ☐ Unsure   ☐ Never been involved in a lawsuit
    Please explain: _____

12. What is your primary source of news?
    ☐ Online sources   ☐ Television   ☐ Radio   ☐ Podcasts   ☐ Print Publications   ☐ Social Media

13. What news outlets do you usually follow, if any?

    _____

14. What programs/channels do you regularly listen to or watch?

    _____

15. How familiar are you with DaVita?
    ☐ Very familiar   ☐ Somewhat familiar   ☐ Not very familiar   ☐ Not at all familiar

16. What is your opinion of the company, DaVita?
    ☐ Very positive   ☐ Somewhat positive   ☐ Neutral   ☐ Somewhat negative   ☐ Very negative
    ☐ I have never heard of DaVita

17. Have you or someone close to you ever had a negative experience with DaVita?   ☐ Yes   ☐ No

    If "Yes," please explain: _____

    _____

18. How familiar are you with Kent Thiry?
    ☐ Very familiar   ☐ Somewhat familiar   ☐ Not very familiar   ☐ Not at all familiar

19. What is your opinion of Kent Thiry?
    ☐ Very positive   ☐ Somewhat positive   ☐ Neutral   ☐ Somewhat negative   ☐ Very negative
    ☐ I have never heard of Kent Thiry

20. Do you have an opinion of Kent Thiry?

    ☐ Yes      ☐ No   If "Yes," please explain:_____

    _____

21. Have you heard of any lawsuits involving DaVita and Kent Thiry before today?

    ☐ Yes      ☐ No   If "Yes," please explain:_____

    _____