IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

## JOINT STIPULATION #2

The parties hereby stipulate and agree to the following:

1. Defendant DaVita Inc. was known as DaVita Healthcare Partners Inc. between 2012 and 2016 and has been known as DaVita Inc. since that time.

2. Defendant DaVita Inc. was organized and existed under the laws of Delaware and since November 2009 has had its principal place of business in Denver, Colorado.

3. DaVita Rx, LLC is an indirect wholly-owned subsidiary of Defendant DaVita Inc.

4. Paladina Health, LLC was an indirect wholly owned subsidiary of Defendant DaVita Inc. until June 1, 2018.

5. Defendant Kent Thiry was the Chief Executive Officer of Defendant DaVita Inc. and the Chairman or Co-Chairman of the board of directors of DaVita Inc.

6. Defendant DaVita Inc. owned and operated kidney dialysis facilities across the United States and physician medical practices in certain states.

7. Defendant DaVita Inc. employed individuals to operate its business at its headquarters location and at other locations across the United States.

8. Surgical Care Affiliates, LLC was a company organized and existing under the laws of Delaware with its principal places of business in Birmingham, Alabama and Deerfield, Illinois.

9. SCAI Holdings, LLC was a company organized and existing under the laws of Delaware, and was the successor entity to Surgical Care Affiliates, Inc.

10. SCA owned and operated ambulatory surgery centers and employed individuals to operate its business at its headquarters locations and at other locations.

11. Andrew Hayek was the Chief Executive Officer of Surgical Care Affiliates, Inc. and Surgical Care Affiliates LLC.

12. Hazel Health, Inc. was formerly known as HippoMD, Inc.

13. Hazel Health, Inc. was organized and existed under the laws of Delaware with its principal place of business in San Francisco, California.

14. Hazel Health, Inc. was a company that provided telehealth services to schools that operated in various locations and employed individuals to operate its business at its headquarters location.

15. Joshua Golomb was the Chief Executive Officer of Hazel Health, Inc.

16. Radiology Partners, Inc. was a company organized and existing under the laws of Delaware with its principal place of business in Los Angeles County, California. Radiology Partners, Inc. operated radiology practices in various locations and employed individuals to operate its business at its headquarters location.

17. Richard Whitney was the Chief Executive Officer of Radiology Partners, Inc.

18. Kent Thiry's phone number was 1-650-303-7070, his DaVita email was kent.thiry@davita.com, and his personal email was kt@kentthiry.com.

19. Joshua Golomb's phone number was 1-415-308-7341 and personal emails were golombjosh@yahoo.com and golombjosh@gmail.com.

20. Julio Quinones's phone number was 1-919-986-2298.

21. Zondra Evan's phone number was 1-214-551-0804.

22. Matthew Weissert's phone number was 1-980-309-9533.

23. Basak Ertan's phone number was 310-994-5836.

24. Rick Omrani's phone number was 949-233-6750.

25. Venue is proper in the District of Colorado for Count One, Count Two, and Count Three.

| | |
|---|---|
| Dated:  March 24, 2022 | Respectfully submitted,<br><br>/s/ *William J. Vigen*<br>William J. Vigen, Trial Attorney<br>Megan S. Lewis, Assistant Chief<br>Sara M. Clingan, Trial Attorney<br>Terence A. Parker, Trial Attorney<br>Anthony W. Mariano, Trial Attorney<br>U.S. Department of Justice, Antitrust Division<br>450 Fifth Street, N.W.<br>Washington, D.C. 20530<br>Tel: 202-304-6283<br>E-mail: william.vigen@usdoj.gov |

*Counsel for United States*

| | |
|---|---|
| Dated:  March 24, 2022 | Respectfully submitted, |
| JOHN C. DODDS<br>MORGAN LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-4942<br>john.dodds@morganlewis.com | */s/ J. Clay Everett, Jr.*<br>JOHN F. WALSH III<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80220<br>(720) 274-3154<br>john.walsh@wilmerhale.com<br><br>J. CLAY EVERETT, JR.<br>MORGAN LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541<br>(202) 739-5860<br>clay.everett@morganlewis.com |

*Counsel for Defendant DaVita Inc.*

| | |
|---|---|
| CLIFFORD B. STRICKLIN<br>KING & SPALDING<br>1401 Lawrence Street, Suite 1900<br>Denver, CO 80202<br>(720) 535-2327<br>cstricklin@kslaw.com<br><br>JUSTIN P. MURPHY<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, NW | JEFFREY E. STONE<br>DANIEL CAMPBELL<br>McDermott Will & Emery LLP<br>444 W Lake St.<br>Chicago, IL 60606<br>(312) 984-2064<br>jstone@mwe.com<br>dcampbell@mwe.com |

3

Washington, DC 20001-1531
(202) 756-8018
jmurphy@mwe.com

*Counsel for Defendant Kent Thiry*

**CERTIFICATE OF SERVICE**

On March 24, 2022, I filed this document with the Clerk of the Court using CM/ECF, which will serve notice on all counsel of record.

*/s/ William J. Vigen*
William J. Vigen
Trial Attorney

4