IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00229-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVITA INC.,
2. KENT THIRY,

    Defendants.

## JOINT PROPOSED VERDICT FORM

### COUNT ONE

We, the jury, upon our oaths, unanimously find the defendant, **DAVITA INC.**, in Count One of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **KENT THIRY**, in Count One of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty

## COUNT TWO

We, the jury, upon our oaths, unanimously find the defendant, **DAVITA INC.**, in Count Two of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **KENT THIRY**, in Count Two of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty

## COUNT THREE

We, the jury, upon our oaths, unanimously find the defendant, **DAVITA INC.**, in Count Three of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty

We, the jury, upon our oaths, unanimously find the defendant, **KENT THIRY**, in Count Three of the Indictment:

\_\_\_ Not Guilty

\_\_\_ Guilty

Dated this _____ day of _____, 2022

Dated:  March 30, 2022                             Respectfully submitted,

/s/ *William J. Vigen*
William J. Vigen, Trial Attorney
Megan S. Lewis, Assistant Chief
Sara M. Clingan, Trial Attorney
Terence A. Parker, Trial Attorney
Anthony W. Mariano, Trial Attorney
U.S. Department of Justice, Antitrust Division
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: 202-304-6283
E-mail: william.vigen@usdoj.gov

*Counsel for United States*

Dated:  March 30, 2022                             Respectfully submitted,

JOHN C. DODDS                                    */s/ John F. Walsh III*
MORGAN LEWIS & BOCKIUS LLP        JOHN F. WALSH III
1701 Market Street                                WILMER CUTLER PICKERING HALE & DORR LLP
Philadelphia, PA 19103-2921                  1225 17th Street, Suite 2600
(215) 963-4942                                      Denver, CO 80220
john.dodds@morganlewis.com            (720) 274-3154
                                                              john.walsh@wilmerhale.com

                                                              J. CLAY EVERETT, JR.
                                                              MORGAN LEWIS & BOCKIUS LLP
                                                              1111 Pennsylvania Ave. NW
                                                              Washington, DC 20004-2541
                                                              (202) 739-5860
                                                              clay.everett@morganlewis.com

*Counsel for Defendant DaVita Inc.*

CLIFFORD B. STRICKLIN                       JEFFREY E. STONE
KING & SPALDING                                 DANIEL CAMPBELL
1401 Lawrence Street, Suite 1900       McDermott Will & Emery LLP
Denver, CO 80202                                444 W Lake St.
(720) 535-2327                                     Chicago, IL 60606
cstricklin@kslaw.com                           (312) 984-2064
                                                             jstone@mwe.com
JUSTIN P. MURPHY                              dcampbell@mwe.com

3

McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8018
jmurphy@mwe.com

*Counsel for Defendant Kent Thiry*

**CERTIFICATE OF SERVICE**

On March 30, 2022, I filed this document with the Clerk of the Court using CM/ECF, which will serve notice on all counsel of record.

*/s/ William J. Vigen*
William J. Vigen
Trial Attorney