IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 21-cr-00229-RBJ | Date: April 4, 2022 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Terri Lindblom |
| Interpreter: | N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>1. DAVITA INC<br><br>2. KENT THIRY<br><br>**Defendants** | *Sara Clingan*<br>*Megan Lewis*<br>*Anthony Mariano*<br>*William Vigen*<br><br><br><br><br>*John Dodds*<br>*John Walsh*<br>*Juanita Brooks*<br>*Thomas Melsheimer*<br>*Jeffrey Stone* |

**COURTROOM MINUTES**

**JURY TRIAL DAY ONE**

Court in Session:  8:53 a.m.

Appearance of counsel. Also present at counsel table is F.B.I. Special Agent Matthew Hamel.

Defendant Kent Thiry present on bond.  Kathleen Waters present on behalf DaVita, Inc.

Discussion held on trial timing.

**8:57 a.m.**      **Court in recess.**
**9:18 a.m.**      **Court in session.**

9:20 a.m.        Forty-two (42) potential jurors are brought to the Court and seated by random computer selection.

Court's preliminary remarks to jurors.

Court's statement of the case to jurors.

Court advises jury panel regarding its jury selection practice.

Attorneys and parties are introduced.

All jurors sworn for voir dire.

9:55 a.m.        Voir dire of the jury panel by the Court.

Excused for cause:

1.   100442219
2.   100427073
3.   100448086
4.   100460438
5.   100470386

**10:34 a.m.        Court in recess.**
**10:50 a.m.        Court in session – jury panel present.**

Excused for cause:

6.   100442174
7.   100467354
8.   100453042
9.   100428923
10.  100470604

10:53 a.m.       Voir dire of the jury panel by Mr. Vigen and Ms. Clingman.

11:14 a.m.       Voir dire of the jury panel by Mr. Walsh.

**12:14 p.m.        Court in recess.**
**1:19 p.m.         Court in session – jury panel present.**

1:20 p.m.        Voir dire of jury panel by Ms. Brooks.

Challenges for cause:

11. 100431877
12. 100459286
13. 100470227
14. 100423939

Government's Peremptory Challenges:

1. 100453378
2. 100425197
3. 100471509
4. 100435086
5. 100449349
6. 100447573

Defendant's Peremptory Challenges:

1. 100467855
2. 100462357
3. 100465235
4. 100425765
5. 100448108
6. 100433454
7. 100469864
8. 100429751
9. 100469163
10. 100446884

2:37 p.m.    Twelve jurors sworn to try the case:

1. 100427578
2. 100448844
3. 100469804
4. 100455407
5. 100456125
6. 100440108
7. 100459382
8. 100451921
9. 100436646
10. 100448588
11. 100454469
12. 100451342

Court instructs the jury on its practices for trial.

Jury excused.

**2:48 p.m.      Court in recess.**
**3:06 p.m.      Court in session - jury escorted in.**

3:10 p.m.       Opening Statement by Ms. Lewis.

3:36 p.m.       Opening Statement by Mr. Dodds.

Jury excused, to return tomorrow at 9:00 a.m.

Witness sequestration order issued.

Court in Recess: 4:24 p.m.            Trial continued.            Total time in Court:  05:52