IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  21-cr-00229-RBJ | Date: April 6, 2022 |
| Courtroom Deputy:  Julie Dynes | Court Reporter:  Terri Lindblom |
| Interpreter:  N/A | Probation: N/A |

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA | *Sara Clingan* |
| | *Megan Lewis* |
| | *Anthony Mariano* |
| | *William Vigen* |
| **Plaintiff** | |
| v. | |
| 1. DAVITA INC | *John Dodds* |
| | *John Walsh* |
| 2. KENT THIRY | *Juanita Brooks* |
| | *Thomas Melsheimer* |
| | *Jeffrey Stone* |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY THREE**

Court in Session:  9:05 a.m.

Defendant Kent Thiry present on bond.  Kathleen Waters present as representative of Defendant DaVita, Inc.

Jury present.

Government's witness, Dr. Bridget Fanning, recalled and remains under oath.

9:08 a.m.     Continued cross examination of Dr. Fanning by Mr. Melsheimer.
              **Exhibits 57, 59-1, 63-1, 64-1, 66-2 and A002 are admitted.**

Jury excused.

Discussion held on witness testimony.

| | |
|---|---|
| **10:32 a.m.** | **Court in recess.** |
| **10:57 a.m.** | **Court in session – jury escorted in.** |

10:59 a.m.      Continued cross examination of Dr. Fanning by Mr. Melsheimer.

11:15 a.m.      Redirect examination of Dr. Fanning by Ms. Lewis.

Juror questions reviewed at the bench.

11:30 a.m.      Juror questions asked of Dr. Fanning by the Court.

**ORDERED:   Exhibit B474 is admitted.**

Government's witness, Michael Vigen, called and sworn.

11:44 a.m.      Direct examination of Mr. Rucker by Mr. Vigen.
                **Exhibit 26 is admitted.**

| | |
|---|---|
| **12:05 p.m.** | **Court in recess – jury escorted out.** |
| **1:21 p.m.** | **Court in session – jury escorted in.** |

Portions of the preliminary jury instruction that was given on the first day of trial is reread to the jury by the Court.

1:33 p.m.       Continued direct examination of Mr. Rucker by Mr. Vigen.
                **Exhibit 50 is admitted.**

1:52 p.m.       Cross examination of Mr. Rucker by Mr. Dodds.
                **Exhibits 356, A079, B515 and B516 are admitted.**

2:17 p.m.       Redirect examination of Mr. Rucker by Mr. Vigen.

2:23 p.m.       Additional examination of Mr. Rucker by Mr. Dodds.

Juror questions reviewed at the bench.

2:26 p.m.       Juror questions asked of Mr. Rucker by the Court.

| | |
|---|---|
| **2:31 p.m.** | **Court in recess – jury escorted out.** |
| **2:48 p.m.** | **Court in session - jury escorted in.** |

Government's witness, Andrew Hayek, called and sworn.

| | |
|---|---|
| 2:49 p.m. | Direct examination of Mr. Hayek by Ms. Lewis.<br>**Exhibits 4, 8, 27, 33, 46, 86-2, 90 and 91 are admitted.** |
| 4:16 p.m. | Cross examination of Mr. Hayek by Mr. Melsheimer. |

Jury excused, to return tomorrow at 9:00 a.m.

Court in Recess: 4:28 p.m.　　　　　Trial continued.　　　　　Total time in Court:  05:25