IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 21-cr-00229-RBJ | Date: April 7, 2022 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Terri Lindblom |
| Interpreter: N/A | Probation: N/A |

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA | *Sara Clingan* |
| | *Megan Lewis* |
| | *Anthony Mariano* |
| | *William Vigen* |
| **Plaintiff** | |
| v. | |
| 1. DAVITA INC | *John Dodds* |
| | *John Walsh* |
| 2. KENT THIRY | *Juanita Brooks* |
| | *Thomas Melsheimer* |
| | *Jeffrey Stone* |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY FOUR**

Court in Session: 8:59 a.m.

Defendant Kent Thiry present on bond. Kathleen Waters present as representative of Defendant DaVita, Inc.

Jury not present.

Discussion held on in-court identification of Defendant Kent Thiry, trial timing, and pending motion for a Daubert Hearing [ECF no. 213].

Jury present.

Government's witness, Andrew Hayek, recalled and remains under oath.

| | |
|---|---|
| 9:09 a.m. | Continued cross examination of Mr. Hayek by Mr. Melsheimer.<br>**Exhibits A172, B441, B442, B464 and B470 are admitted.** |
| **10:30 a.m.** | **Court in recess – just escorted out.** |
| **10:45 a.m.** | **Court in session – jury escorted in.** |
| 10:48 a.m. | Continued cross examination of Mr. Hayek by Mr. Melsheimer.<br>**Exhibits 285, A001, A005, A009, A104, A264, A265, A272, A280 and A282 are admitted.** |
| 11:46 a.m. | Redirect examination of Mr. Hayek by Ms. Lewis. |

Juror questions reviewed at the bench.

| | |
|---|---|
| 12:06 p.m. | Juror questions asked of Mr. Hayek by the Court. |
| **12:25 p.m.** | **Court in recess – jury escorted out.** |
| **1:48 p.m.** | **Court in session.** |

Additional juror questions reviewed at the bench outside the presence of the jury.

Jury present.

| | |
|---|---|
| 1:53 p.m. | Additional juror questions asked of Mr. Hayek by the Court. |
| 2:01 p.m. | Additional examination of Mr. Hayek by Ms. Lewis. |
| 2:08 p.m. | Additional examination of Mr. Hayek by Mr. Melsheimer. |

Government's witness, Dr. Anthony Gabriel, called and sworn.

| | |
|---|---|
| 2:12 p.m. | Direct examination of Dr. Gabriel by Mr. Mariano.<br>**Exhibits 153, 156, 167, 170 and 287 are admitted.** |
| **2:53 p.m.** | **Court in recess – jury escorted out.** |
| **3:04 p.m.** | **Court in session - jury escorted in.** |
| 3:08 p.m. | Continued direct examination of Dr. Gabriel by Mr. Mariano.<br>**Exhibits 166, 172, 177, 178, 188, 193, 194, 197, 204, 208, 211, 216, 231, 232 and 234 are admitted.** |
| 3:52 p.m. | Cross examination of Dr. Gabriel by Mr. Dodds. |
| 4:23 p.m. | Redirect examination of Dr. Gabriel by Mr. Mariano. |

Juror questions reviewed at the bench.

4:31 p.m.      Juror questions asked of Dr. Gabriel by the Court.

4:39 p.m.      Additional examination of Dr. Gabriel by Mr. Mariano.

4:41 p.m.      Additional examination of Dr. Gabriel by

Jury excused, to return tomorrow at 9:00 a.m.

Court in Recess: 4:42 p.m.         Trial continued.         Total time in Court:  05:53

Clerk's note regarding exhibits: Exhibit 281 was admitted on 4/5 during the testimony of Mr. Kosgod and exhibit 84 was admitted on 4/6 during the testimony of Mr. Rutgers. Both were inadvertently omitted from the Courtroom Minutes.