IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 21-cr-00229-RBJ | Date: | April 8, 2022 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Terri Lindblom |
| Interpreter: | N/A | Probation: | N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Sara Clingan* |
| | *Megan Lewis* |
| | *Anthony Mariano* |
| | *William Vigen* |
| **Plaintiff** | |
| v. | |
| 1. DAVITA INC | *John Dodds* |
| | *John Walsh* |
| 2. KENT THIRY | *Juanita Brooks* |
| | *Thomas Melsheimer* |
| | *Jeffrey Stone* |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY FIVE**

Court in Session: 9:02 a.m.

Defendant Kent Thiry present on bond. Kathleen Waters present as representative of Defendant DaVita, Inc.

Jury not present.

Discussion held on juror request and trial timing.

Jury present.

Government's witness, Richard Whitney, called and sworn.

| | |
|---|---|
| 9:10 a.m. | Direct examination of Mr. Whitney by Ms. Clingan.<br>**Exhibits 159, 160, 169-1, 173, 175, 176-1, 181, 184-1, 185-1, 189, 192-1, 196, 199, 205, 207, 209 and 220 are admitted.** |
| 10:10 a.m. | Cross examination of Mr. Whitney by Ms. Brooks.<br>**Exhibit 262 is admitted.** |
| **10:30 a.m.** | **Court in recess – just escorted out.** |
| **10:47 a.m.** | **Court in session – jury escorted in.** |
| 10:50 a.m. | Continued cross examination of Mr. Whitney by Ms. Brooks.<br>**Exhibits 340, A380, A385, A498, A500, A555 and B446 are admitted.** |
| 12:18 p.m. | Redirect examination of Mr. Whitney by Ms. Clingan.<br>**Exhibit 245 is admitted.** |

Juror questions reviewed at the bench.

12:49 p.m.   Juror questions asked of Mr. Whitney by the Court.

Jury excused, to return Monday April 11, 2022, at 9:30 a.m.

Discussion held on remaining witnesses, Daubert Hearing, and the Court's proposed jury instruction. Counsel to be present at 8:30 a.m. on Monday April 11, 2022.

Court in Recess: 1:13 p.m.          Trial continued.          Total time in Court:  03:54