

## Juror Question (s)

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Rich Whitney

Question: 1. If a Davita employee reached out to rad. partners about a job opportunity, did rad. partners ask the Davita employee to tell their boss or if they were looking at other companies? Did rad. partners follow up with the Davita employee in those cases if they didn't hear back?

| Juror Questioning Procedure |
|---|
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

More on back →

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 22

ACTION BY THE COURT:   ☑ Permitted
                      ☐ Denied
                      ☐ Rephrased

No objections

2. Would it be typical for rad. partners people who are engaged in ~~it~~ hiring executive directors ~~that~~ ~~about~~ to know whether or not employees of other companies are conducting job searches and strongly considering leaving current job? Same question, but specifically about Davita employees?

3. Did you ever feel that by following the ground rules in the gentleman's agreement and ~~updating~~ Mr. Thiry's requests to stall communication with Davita employees, that you sent mixed messages to Davita employees that were engaged in ~~it~~ exploring rad. partner ~~opportun~~ employment?

4. ~~Do you have a no prosecution contract with the federal government?~~

5. ~~Did your agreement with Mr. Thiry include all Davita employees?~~



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Rich Whitney

Question: 1. How did you know that for a Davita employee who was already planning to leave Davita, taking a job at rad. partners was better than taking a job at a different company? 2. How did you assess what the Davita employee wanted in their next job?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

More on back →

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 23

ACTION BY THE COURT:  ☐ Permitted
                      ☐ Denied
        no objections  ☐ Rephrased

3. In your agreement with Mr. Thiry, ~~did were~~ were rad. partner employees under the same guidelines ~~that~~ as Davita employees?



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Rich Whitney

Question: Regarding the email about the guidelines of the agreement, 2b gives options where the employee doesn't have to inform their boss they are looking at options. Can you be more specific about what a potential employee needed to show to you to confirm that they were looking elsewhere?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 24

ACTION BY THE COURT:   ☑ Permitted
                      ☐ Denied
   no objections      ☐ Rephrased

If someone ~~used~~ used another offer to show this ~~#~~ intent, is that late in the ~~#~~ job search for the employee ~~#~~ to ~~start~~ discussions with RP?

# How would one show they are interviewing? ~~~~



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Rich Whitney

Question:
Did Kent Thiry's investment in RAD Partners influence your decision to engage in the gentlemen's agreement, or was that engagement based more on maintaining your relationship with Kent Thiry?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 25

ACTION BY THE COURT:   ☑ Permitted
                      ☐ Denied
no objection           ☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: __RICH WHITNEY__

Question: __DO YOU FEEL AS IF YOU LOST POTENTIAL CANDIDATES DUE TO THE "SPEAK TO YOUR BOSS" RULE. DUE TO THE RISK THAT AN EMPLOYEE WOULD HAVE IN DOING SO. OR TO THE EXTRA TIME INVOLVED THAT THIS EXTRA STEP MIGHT TAKE.__

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. __2C__

ACTION BY THE COURT:  ☑ Permitted
                     ☐ Denied
_No objection_       ☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Richard Whitney

Question: Were you aware that Davita + KT had a similar gentleman's agreement with other companies, like SCA?

Were you aware that SCAs agreement did not have an "OR" in the part about "tell your boss"? Meaning, the other company's agreement was MORE restrictive than yours.

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

→

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 22

ACTION BY THE COURT:  ☒ Permitted
☐ Denied
☐ Rephrased

no objection

Did you ever follow up with KT about his initial reaction that this agreement was asymmetrical in a way that is unfair to Davita? Why did he think it was to Davitas disadvantage?



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: _____

Question: _____

If you didn't like the ground rules of the Agreement why did you agree to them?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.

2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.

3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.

4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.

5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

******************************Juror: Please do not mark below this line**************************

Question No. 25

ACTION BY THE COURT:  ☐ Permitted
                     ☐ Denied
                     ☐ Rephrased

2 objections



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Rich Whitney

Question: Did employees at RP need to notify their boss in order to be considered for a role at Davita? Or ~~actively~~ looking elsewhere?

If so, was this enforced by Davita or RP? Or both?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 29

**ACTION BY THE COURT:**
☐ Permitted
☐ Denied
☐ Rephrased