**A.  Questioning By Defense Counsel Concerning Defendants' Compensation[1]**

Q. Why is it important to a company not just to be able to attract talented leaders, but retain them?

A. Because businesses -- or at least well-run businesses invest heavily in the development of their talent.

Q. It goes and says, "That in order to attract and retain executives who are not only outstanding leaders but who also embody our mission and values, we strive to provide compensation that is reasonable and provides the best value for our stockholders but is also sufficient to achieve our recruitment and retention objectives."  Is that a true statement?

A. Yes.

Tr. at 58:5-16.

MS. BROOKS: Thank you. If we could put back up -- I wasn't quite accurate, Mr. Whitney.  I'm sorry.  There was one more page I wanted to show you in Government Exhibit 262, and that is page 42. If we could blow up where it says "Market competitiveness."  And this is in the same Schedule 14A, the proxy statement.

BY MS. BROOKS: Q. It says here, "We evaluate the overall competitiveness of our executives' total direct compensation each year in order to assist in executive retention."  *Are you familiar with that concept, where you see whether or not DaVita is being competitive in their compensation for their executives?*

A. Yes.

Q. Is this a good thing or a bad thing for the employees, the executives?

A. I would –

MS. CLINGAN: Your Honor, I object to the relevance of, this again this is 2011, it predates -- THE COURT: Overruled.

BY MS. BROOKS:

Q. You may answer, Mr. Whitney.

A. Can you repeat the question?

Q. Whether looking at other peer companies to see what they're paying their executives, is that a benefit or a burden to the employees or executives at DaVita?

A.  I would think it would be a benefit.

---

[1] All transcript citations are to cross-examination of government witness Richard Whitney by Defendants' counsel on Friday, April 8, 2017.

Q. Why would that be?

A. Because it ensures that the compensation being offered is fair and competitive.

Q. Let's look at how DaVita went about that. For 2011, the next sentence, "The compensation committee retained Compensia, an independent national compensation consulting firm to perform a comprehensive market analysis of our executive compensation programs and pay levels." And I don't -- I don't know the answer to this, Mr. Whitney.  Are you familiar Compensia.

A. Yes.

Q. Can you tell the ladies and gentlemen of the jury what Compensia does?

A. It's a compensation consultant that does market surveys to provide information about the competitiveness of a company's compensation programs.

Q. And if we go to the next page, there appears to be a chart that was put together by Compensia of peer groups.  It's referred to as -- Maybe we can make sure we can see the top here.  So we don't have to go back, I'll read what it says on the previous page. "In addition to public executive compensation data, the compensation committee" -- then we'll go here – "reviewed the compensation practices of our comparator peer group for purposes of benchmarking and to understand general compensation practices of our peers." And it says, "consisting of the following companies," and then you see a list. Do you see that, Mr. Whitney?

A. Yes.

Q. What's the purpose of this? Why pull together this sort of peer group data?

A. Again, I think the process is one in which you're comparing your compensation practices to others in the -- in similar markets, others you might be competing with for talent, to understand where you sit relative to compensation levels and structure, different kinds of programs, et cetera.

Q. Thank you.

Tr. at 64:7-66:20.

**B.  Questioning By Defense Concerning Defendants' Willingness to Let Employees Leave**

Q. Were there hard feelings that -- over the fact that you left?

A. No.

Q. So did you feel that you had a very positive end to your relationship at DaVita, which had been on and off since 1995, and now we're talking about 2011?

A. Yes.

2

Tr. at 54:24-55:5.

Q. So it was viewed positively if an executive left DaVita and took those DaVita values and instilled them in another corporation?

A. Yes.

Q. So once you were inside the village wall, you were still able to get out?

A. Yes.

Q. Nobody stopped you?

A. No.

Tr. at 73:6-14.

**C.  Questioning By Defense Counsel Concerning Defendants' Corporate Citizenship and Integrity**

Q. Let's look at the one below that, "Good corporate citizenship."  Based on your experience at DaVita, what kind of traits would a good corporate citizen have?

A. Lots of different things. They might -- one -- one measure might be how they -- in terms of how they behaved on the team and in their role, and was it consistent with the values that we had all agreed were important to people that worked at DaVita.

Q. And what are the values? You've mentioned values and mission, what were they? What was the mission, what was the value?

A. The values were service, integrity, team, continuance improvement, accountability, and fun.

…

Q.  And based on your interactions with Mr. Thiry all of these years, did he try to embody those values?

A.  Yes, definitely.

Tr. at 63:2-20.

*Q. And were village values -- did village values include integrity?*

*A. Yes.*

Q. Teamwork?

A. Yes.

Q. Continuance improvement?

A. Yes.

3

*Q. Accountability?*

*A. Yes.*

Q. And fulfillment?

…

Q. Did you try to live by those values when you were at DaVita?

A. Yes.

*Q. Did Mr. Thiry try to live by those values when he was CEO of DaVita?*

*A. Yes.*

Tr. at 68:9-69:8 (emphasis added).

### D. **Questioning By Defense Counsel Concerning Diversity**

Q. Well, let's talk about the next part, then, about executive referrals. You may not know this, Mr. Whitney; but so far, there has been, other than Ms. Fanning, nothing but white males sitting in that chair. Is it difficult to get females and minority talent at the executive level?  Is there a lot -- is there a big pool there?

A. It's difficult, yes.

Q. Why is that? I personally want to know, why is that?

A. I don't know.  There is a lot of reasons.

Q. Well, could potentially one of the reasons be that if you go somewhere, and nobody looks like you, you may not want to go there; is that fair?

A. I think that's fair.

 Q. And Mr. Thiry is asking Ms. Ertan, would it be okay if there was a potential female executive, thinking about coming to DaVita, if he referred that person to Ms. Ertan as a reference? Do you see that?

A. That's how I interpret this, yes.

Q. As a CEO, do you think this is a good idea or a bad idea?

A. A very good idea.

Q. And why is that?

A. Because as you pointed out, it is -- it is difficult to attract and retain sufficient numbers of female executives, and having a reference from someone who feels good about their time at DaVita would speak very highly of the leadership team and the culture and how female executives have the ability to succeed there, would be a positive reference for recruiting this hypothetical female executive.

***Q. And do you know whether or not diversity was one of the top priorities for Mr. Thiry?***

A. It was a priority, yes.

Tr. at 90:18-91:23 (emphasis added).