IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 21-cr-00229-RBJ | Date: April 11, 2022 | |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Terri Lindblom | |
| Interpreter: | N/A | Probation: N/A | |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Sara Clingan* |
| | *Megan Lewis* |
| | *Anthony Mariano* |
| | *William Vigen* |
| **Plaintiff** | |
| v. | |
| 1. DAVITA INC | *John Dodds* |
| | *John Walsh* |
| 2. KENT THIRY | *Juanita Brooks* |
| | *Thomas Melsheimer* |
| | *J. Clayton Everett Jr.* |
| **Defendants** | |

**COURTROOM MINUTES**

**JURY TRIAL DAY SIX**

Court in Session:  8:32 a.m.

Defendant Kent Thiry present on bond. Kathleen Waters present as representative of Defendant DaVita, Inc.

Jury not present.

The Court proceeds to a Daubert Hearing re: [213] United States' Motion for a Daubert Hearing and to Exclude Certain Opinions.

Dr. Pierre-Yves Cremieux called and sworn.

8:33 a.m.        Cross examination of Dr. Cremieux by Mr. Vigen.

Argument given on [213] United States' Motion to Exclude Certain Opinions by Mr. Vigen and Mr. Everett.

**ORDERED:** [213] **United States' Motion to Exclude Certain Opinions is TAKEN UNDER ADVISEMENT.**

| | |
|---|---|
| **9:26 a.m.** | **Court in recess.** |
| **9:37 a.m.** | **Court in session – jury escorted in.** |

Government's witness, Jeffrey Lombardo, called and sworn.

9:40 a.m.	Direct examination of Mr. Lombardo by Mr. Mariano.
**Exhibit 228 is admitted.**

9:54 a.m.	Cross examination of Mr. Lombardo by Mr. Walsh.
**Exhibit B495, B496, B497 and B498 are admitted.**

10:39 a.m.	Redirect examination of Mr. Lombardo by Mr. Mariano.

10:41 a.m.	Additional examination of Mr. Lombardo by Mr. Walsh.
**Exhibit B539 is admitted.**

Juror questions reviewed at the bench.

10:43 a.m.	Juror questions asked of Mr. Lombardo by the Court.

Jury excused.

Argument given on Daubert issue by Mr. Melsheimer.

**10:54 a.m.**	**Court in recess.**
**11:05 a.m.**	**Court in session – jury escorted in.**

Government's witness, Special Agent Matthew Hamel, called and sworn.

11:07 a.m.	Direct examination of Special Agent Hamel by Mr. Vigen.
**Exhibits 113, 114, 115, 116, 117, 118, 119, 120, 121, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 136, 146, 256, 258, 286, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 324, 325, 326, 327, 328, 329, 330 and 338 are admitted.**

**12:00 p.m.**	**Court in recess – jury escorted out.**
**12:59 p.m.**	**Court in session.**

Jury not present.

Discussion held on remaining witnesses and argument given on pending motion regarding the testimony of James Thurman.

**ORDERED:  Mr. Thurman is excluded from testifying in the Government's case-in-chief.**

1:05 p.m.          Continued direct examination of Special Agent Hamel by Mr. Vigen.
                   **Exhibits 20, 21, 85, 103, 219, 223, 227, 238, 247, 248, 251, 452, 528, 621, 624 and 626 are admitted.**

1:40 p.m.          Cross examination of Special Agent Hamel by Mr. Walsh.
                   **Exhibits 341, 536 and A459 are admitted.**

2:19 p.m.          Cross examination of Special Agent Hamel by Ms. Brooks.
                   **Exhibits A015, A018 and A802 are admitted.**

**2:51 p.m.          Court in recess – jury escorted out.**
**3:09 p.m.          Court in session – jury escorted in.**

3:11 p.m.          Continued cross examination of Special Agent Hamel by Ms. Brooks.

4:09 p.m.          Redirect examination of Special Agent Hamel by Mr. Vigen.

Juror questions reviewed at the bench.

4:26 p.m.          Juror questions asked of Special Agent Hamel by the Court.

Jury excused, to return tomorrow at 9:00 a.m.

Discussion held on trial timing.

Defendant Kent Thiry advised on his rights as to testifying/not testifying in his own defense.

The Court outlines its thoughts as to jury instructions.

**ORDERED:  [213] United States' Motion to Exclude Certain Opinions is GRANTED in part and DENIED in part, as stated on the record.**

The Court outlines elements in its draft instructions.

Court in Recess: 5:15 p.m.         Trial continued.         Total time in Court:  07:04