

## Juror Question (s)

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Jeff Lombardo

Question: 1. ~~to~~ In your experience does Blue Sky ever find people they want to hire (because they learn they are skilled or a good fit) through their work for a company, placing candidates?

2. If ~~Blue Sky a client~~ an employee of a BlueSky client reached out to BlueSky about an employment

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***If additional space is needed, please use the back of this form.***

opportunity, would BlueSky consider them?

****************************Juror: Please do not mark below this line***************************

**Question No.** 30

**ACTION BY THE COURT:**

- ☑ **Permitted**
- ☐ **Denied**
- ☐ **Rephrased**

no objections




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Jeffrey Lombardo

Question: Approximately how many candidates do you need to solicit in order to fill one position?

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

****************************Juror: Please do not mark below this line**************************

**Question No.** 31

**ACTION BY THE COURT:**

- [x] **Permitted**
- [ ] **Denied**
- [ ] **Rephrased**

no objections




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Matthew Hamel

Question: 1. In one of the texts from Golomb on April 8, he says "... we all accept..." referring to working with Mr. Thiry/DaVita. who do you interpret "we" to refer to?

2. why did Mr. Hayek of SCA have 2 agreements with the government?

~~3. Is why was Josh Golomb not interviewed?~~

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

More on back →

****************************Juror: Please do not mark below this line**************************

**Question No.** 32

**ACTION BY THE COURT:**

☑ **Permitted**
☑ **Denied** — Δ to #5
☑ **Rephrased** #6

3. Did the government interview Javier Rodriguez? If not, why?

4. At what ~~one~~ stage in your investigation ~~of~~ a person and their role in the case do you interview them?

5. what prompted the FBI to start investigating Mr. Thiry/Davita and companies with agreements?

6. At what stage in the goverment's investigation ~~of are charges~~ is the inditement brought against Mr. Thiry/Davita?

rephrase




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Agent Hamel

Question: For the individuals that were not interviewed, were this because the FBI didn't request the interviews, or because the person didn't respond or agree?

If ~~it~~ if was or FBI decision, why were these interviews not desired or requested?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***If additional space is needed, please use the back of this form.***

****************************Juror: Please do not mark below this line**************************

**Question No.** 33

**ACTION BY THE COURT:**

- ☑ **Permitted**
- ☐ **Denied**
- ☐ **Rephrased**

no objections




## Juror Question (s)

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Agent Hamel

Question:
- Prior to COVID, was it common to record interviews conducted by the FBI?
- Did COVID, and doing virtual interviews, change policies or practices around recording interviews?
- How often does the FBI record interviews?
- If not standard practice, why aren't recordings standard?

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***************************Juror: Please do not mark below this line***************************

**Question No.** 34

**ACTION BY THE COURT:**

- ☑ **Permitted**
- ☐ **Denied**
- ☐ **Rephrased**

No objections




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

Δ objection sustained

For Witness: Matthew Hamel

Question: (1) How does the process leading up to a charge/indictment work for the FBI & the Division?

(2) At what point in the evidence collection process did the Division/FBI feel they had enough to move toward w/ charging/indicting Mr. Thiry & DaVita?

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

****************************Juror: Please do not mark below this line**************************

**Question No.** 35

**ACTION BY THE COURT:**

- ☑ **Permitted** #2
- ☑ **Denied** govt objection sustained to #1
- ☐ **Rephrased**




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Matthew Hamel

Question: 1) Why were many of the individuals involved in the many emails/texts we've seen throughout the trial not interviewed by the FBI?

2) Why are they not testifying as witnesses? to the Divisions

3) What triggered the FBI's investigation of DaVita and Kent Thiry?

1) Why aren't interviews recorded? (302)

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

****************************Juror: Please do not mark below this line**************************

**Question No.** 36

**ACTION BY THE COURT:**

No objections

- [x] **Permitted**
- [ ] **Denied**
- [ ] **Rephrased**



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Matthew Hamel

Question: What is a Chief Wisdom officer?

What are some reasons why witnesses who were interviewed would not testify?

Why did the division not interview Jung Lee, Craig McKessar, ~~etc~~ & Guy Sea?

Why wasn't Josh Golomb interviewed?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***If additional space is needed, please use the back of this form.***

******************************Juror: Please do not mark below this line*****************************

**Question No.** ~~86~~ 37

**ACTION BY THE COURT:**

- [x] **Permitted**
- [x] **Denied** joint obj. sustained
- [ ] **Rephrased**

What is this word the defense is using "proffer"? "coiffer"?

Why wont Bill Hughson testify?

I don't understand why Hughson and Integramed are not charged. Why? Same with Mr Priest and Spero.

jointly of govt [illegible]
to Δ




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: ______________________

Question: ______________________

1: What was the genesis of your investigation?

2 What does it mean that the FBI tried to interview but wasn't able witnesses

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

****************************Juror: Please do not mark below this line**************************

**Question No.** 38

**ACTION BY THE COURT:**

- [x] **Permitted**
- [ ] **Denied**
- [ ] **Rephrased**

no objection




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Matthew Hamel

Question: Did the FBI try to interview Mr. Thiry?

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

****************************Juror: Please do not mark below this line****************************

**Question No.** 39

**ACTION BY THE COURT:**

- ☐ **Permitted**
- ☒ **Denied**
- ☐ **Rephrased**

jt obj sustained




**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: ______________________

Question: ______________________

HAS USDI been updated
if not why not

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***If additional space is needed, please use the back of this form.***

******************************Juror: Please do not mark below this line****************************

**Question No.** 40

**ACTION BY THE COURT:**

Δ objection sustained

- ☐ **Permitted**
- ☑ **Denied**
- ☐ **Rephrased**