# EXHIBIT A

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS
## PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Scott Veenendall_____, attest, under penalties of perjury by the laws
        *Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by _UnitedHealth Group ("UHG")_____
                                                                *Entity*

(hereinafter "the entity"), and my title is _Senior eDiscovery Project Manager_. I am qualified
                                                    *Title*

to authenticate the records attached hereto because I am familiar with how the records were created,

managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the

original records in the custody of the provider. The attached records are labeled with Bates numbers

uniquely identifying each document.

I further state that all records listed in this certificate were generated by an electronic

process or system of_UHG and SCAI Holdings, LLC_____that produces an accurate result from
                        *List Entity that Generated Records*

records made at or near the time of the occurrence of the matter set forth by, or from information

transmitted by, a person with knowledge of those matters, and that those records were kept in the

ordinary course of the regularly conducted business activity of the entity and were made by the

entity as a regular practice, to wit:

      1.    the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original

records; and

      2.    the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the

Federal Rules of Evidence.

_____April 4, 2022_____      _____

Date                 Signature

**Appendix A**

|      | Date | Brief Description | Producing Party Bates |
|------|------|------------------|----------------------|
| A094 | 7/13/2015 | Email, "HOLD:  Meeting with Kent Thirty (CEO of Davita)" | SCA-DOJ-00023821 |
| A095 | 10/28/2015 | Email, "Meeting with Kent Thiry" | SCA-DOJ-00024242 |
| B453 | 5/7/2014 | File, "Providence -- SCA Notes" | SCA-DOJ-00039817 |
| B452 | 4/23/2014 | File, "14 01 29 HCSC Partnership Outline_Final" | SCA-DOJ-00040079 |
| B451 | 3/17/2014 | File, "CHI Presentation - v8" | SCA-DOJ-00040643 |
| B448 | 11/13/2013 | File, "13 11 07 Optum Partnership Outline_Final" | SCA-DOJ-00040972 |
| A100 | 1/3/2018 | Chat, between Andrew Hayek and Dave Wichmann | SCA-DOJ-00068802 |
| A101 | 1/3/2018 | Chat, between Andrew Hayek and Dave Wichmann | SCA-DOJ-00068807 |
| A104 | 12/23/2015 | Email, "Re:  SCA" | SCA-DOJ-00158052 |
| A106 | 5/9/2017 | Email, "meeting tomorrow" | SCA-DOJ-00165099 |
| A107 | 4/30/2017 | Email, "RE:  HCP / Chuck Berg" | SCA-DOJ-00165303 |
| A109 | 12/27/2015 | Email, "DaVita HealthCare Partners / Jim Rechtin (Chief of Strategy)" | SCA-DOJ-00168325 |
| A110 | 2/5/2017 | Email, "Re:  going forward" | SCA-DOJ-00208175 |
| A116 | 4/28/2018 | Email, "Fwd:  Project Lion NDA" | SCA-DOJ-00299424 |
| A119 | 7/26/2017 | Email, "Re:  Internal discussion:  Lifeline oppty" | SCA-DOJ-00299428 |
| A121 | 7/14/2017 | Email, "Re:  Internal discussion:  Lifeline oppty" | SCA-DOJ-00299432 |
| A122 | 7/14/2017 | Attachment, "Lifeline Opportunity_v 07 12 2017" | SCA-DOJ-00299435 |
| A124 | 8/11/2017 | Email, "DaVita/ Lifeline update" | SCA-DOJ-00299441 |
| A131 | 2/27/2014 | Email, "DaVita / HCP" | SCA-DOJ-00538432 |
| A132 | 4/15/2016 | Email, "Re:  Intro / Albuquerque" | SCA-DOJ-00538547 |
| A134 | 1/28/2017 | Email, "Re:  SCA Market Overview" | SCA-DOJ-00603067 |
| A135 | 1/28/2017 | Attachment, "17 01 26--SCA Market Strategies for Optum" | SCA-DOJ-00603069 |
|      | 2/7/2012 | File, "Strategies to Align Physicians, Manage Population Health, and Grow Market Share" | SCA-DOJ-00655272 |
| A138 | 6/4/2015 | Email, "Draft email to HCP -- please review and provide feedback today if possible" | SCA-DOJ-00675366 |
| A139 | 3/17/2016 | Email, "Re:  HCP" | SCA-DOJ-00675693 |
| A143 | 9/13/2013 | Email, "HCP / DaVita" | SCA-DOJ-00783865 |
| A144 | 8/28/2017 | Email, "RE:  NDA" | SCA-DOJ-00783878 |

| | Date | Brief Description | Producing Party Bates |
|---|---|---|---|
| A145 | 8/28/2017 | Attachment, "OptumNDA" | SCA-DOJ-00783881 |
| A146 | 3/11/2017 | Email, "For your meeting with Kent Thiry DaVita" | SCA-DOJ-00783885 |
| A147 | 3/11/2017 | Attachment, "Davita_SCA_03 11 2017" | SCA-DOJ-00783887 |
| A148 | 2/11/2017 | Email, "DaVita / Kent" | SCA-DOJ-00783914 |
| A150 | 10/15/2013 | Email, "FW:  Thank You" | SCA-DOJ-00783948 |
| A151 | 10/15/2013 | Attachment, "Confidentiality agreement signed" | SCA-DOJ-00783950 |
| A152 | 4/29/2016 | Email, "FW:  RE:  Surgicenter" | SCA-DOJ-00783968 |
| A153 | 4/29/2016 | Attachment, "HCP SCA Three Party NDA" | SCA-DOJ-00783971 |
| A156 | 2/6/2014 | Email, "HCP" | SCA-DOJ-00809015 |
| A162 | 1/3/2015 | Email, "Re:  DaVita" | SCA-DOJ-00810048 |
| A163 | 12/15/2014 | Email, "Re:  HCP" | SCA-DOJ-00810053 |
| A164 | 12/9/2013 | Email, "Re:  DaVita" | SCA-DOJ-00810075 |
| A166 | 10/3/2013 | Email, "RE:  Opening 60 Seconds for meeting with HealthCare Partners Medical Director Tomorrow" | SCA-DOJ-00810082 |
| B444 | 12/1/2012 | Email, "Re:  MSA spreadsheet" | SCA-DOJ-00858558 |
| | 12/1/2012 | Attachment, "12 12 06 MSA Review" | SCA-DOJ-00858559 |
| A171 | 10/24/2015 | Email, "Re:  HCP - equity versus non-equity model" | SCA-DOJ-00940528 |
| A172 | 10/24/2015 | Attachment, "15 10 29 -- SCA DaVita HealthCare Partners Discussion" | SCA-DOJ-00940529 |
| A173 | 10/24/2015 | Attachment, "ATT00001" | SCA-DOJ-00940601 |
| A174 | 6/30/2017 | Email, "Lifeline transaction oppty" | SCA-DOJ-00948045 |
| B462 | 4/6/2018 | File, "18 04 03 - Providence SCA - JV Update FINAL" | SCA-DOJ-00987367 |
| A182 | 5/17/2015 | Email, "HCP/SCA Las Vegas ASC Network" | SCA-DOJ-01007493 |
| A183 | 5/17/2015 | Attachment, "150517 HCP Nevada ASC Strategy" | SCA-DOJ-01007494 |
| A185 | 6/9/2016 | Email, "Board strategy & candidates" | SCA-DOJ-01121589 |
| A186 | 6/9/2016 | Attachment, "16 06 08 -- Potential Board Members" | SCA-DOJ-01121590 |
| A187 | 6/9/2016 | Attachment, "16 06 08 -- Board Strategy" | SCA-DOJ-01121626 |
| A188 | 8/11/2016 | Email, "Fwd:  *EXTERNAL* Re:  ASCs questions" | SCA-DOJ-01157359 |
| | 12/7/2011 | File, "SCA Board of Directors Meeting" | SCA-DOJ-01194082 |
| A191 | 9/14/2015 | Email, "Recent Payer Decks" | SCA-DOJ-01340456 |

| | Date | Brief Description | Producing Party Bates |
|---|---|---|---|
| A192 | 9/14/2015 | Attachment, "15 08 26--United SCA Capabilities_Final" | SCA-DOJ-01340457 |
| A193 | 9/14/2015 | Attachment, "15 09 12 -- SCA DaVita HealthCare Partners Discussion - AH[1]" | SCA-DOJ-01340487 |
| | 8/29/2011 | File, "HealthCare Partners of Nevada and Surgical Care Affiliates Partnership Opportunities" | SCA-DOJ-01373355 |
| B454 | 4/30/2015 | File, "IUH Strategic Planning - Phase II" | SCA-DOJ-01511025 |
| A195 | 5/1/2019 | Email, "[no subject]" | SCA-DOJ-01552883 |
| A196 | 5/1/2019 | Attachment, "16 12 19--Project Umbrella Overview - AH" | SCA-DOJ-01552884 |
| | 2/14/2018 | File, "Confidentiality Agreement between SCA, Presbyterian Healthcare Services, and DaVita" | SCA-DOJ-01944722 |
| | 4/25/2016 | File, "Confidentiality Agreement between SCA, Samaritan Tower Surgery Center, and HCP" | SCA-DOJ-01944773 |
| B527 | 3/13/2014 | Email, "Re:  should development or other agreement we sign with HCP include non-solicit/hire?" | SCA-DOJ-02223761 |