# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

    1. DAVITA INC.,

    2. KENT THIRY,

       Defendants.

_____

**DECLARATION OF DAVID MONCURE CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902**
_____

    I, David Moncure, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by DaVita Inc. (hereinafter "the entity"), and my title is Vice President and Associate General Counsel Information Lifecycle Governance. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the provider. The attached records are labeled as the Bates numbers identified in Appendix A.

    I further state that all records listed in this certificate were generated by an electronic process or system of DaVita Inc. that produces an accurate result from records made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, and that those records were kept in the ordinary course of the regularly conducted business activity of the entity and were made by the entity as a regular practice, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by the entity, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11), 902(13), and 902(14) of the Federal Rules of Evidence.

Date: April 4, 2022

Signature: *David Moncure* (DocuSigned by: DD29059078EF487...)

## APPENDIX A

| Exhibit | Bates |
|---|---|
| A-015 | DOJ-PROD001A-00000074 |
| A-016 | DOJ-PROD001A-00000077 |
| A-017 | DOJ-PROD001A-00000083 |
| A-018 | DOJ-PROD001A-00000085 |
| A-022 | DOJ-PROD001A-00000228 |
| A-023 | DOJ-PROD001A-00000229 |
| A-026 | DOJ-PROD001A-00000241 |
| A-031 | DOJ-PROD001A-00000296 |
| A-239 | DOJ-PROD003-00024408 |
| A-247 | DOJ-PROD003-00117967 |
| A-248 | DOJ-PROD003-00117998 |
| A-249 | DOJ-PROD003-00118055 |
| A-250 | DOJ-PROD003-00118067 |
| A-251 | DOJ-PROD003-00118093 |
| A-252 | DOJ-PROD003-00118095 |
| A-253 | DOJ-PROD003-00118107 |
| A-254 | DOJ-PROD003-00118138 |
| A-255 | DOJ-PROD003-00118327 |
| A-257 | DOJ-PROD003-00118499 |
| A-259 | DOJ-PROD003-00118598 |
| A-260 | DOJ-PROD003-00118627 |
| A-262 | DOJ-PROD003-00118801 |
| A-263 | DOJ-PROD003-00118805 |
| A-264 | DOJ-PROD003-00118810 |
| A-265 | DOJ-PROD003-00119208 |
| A-266 | DOJ-PROD003-00119236 |
| A-267 | DOJ-PROD003-00119412 |
| A-268 | DOJ-PROD003-00119425 |
| A-270 | DOJ-PROD003-00119595 |
| A-271 | DOJ-PROD003-00119618 |
| A-272 | DOJ-PROD003-00119720 |
| A-273 | DOJ-PROD003-00119916 |
| A-275 | DOJ-PROD003-00120006 |
| A-278 | DOJ-PROD003-00120916 |
| A-279 | DOJ-PROD003-00120927 |
| A-280 | DOJ-PROD003-00121029 |
| A-281 | DOJ-PROD003-00121439 |
| A-282 | DOJ-PROD003-00121624 |
| A-283 | DOJ-PROD003-00121813 |
| A-284 | DOJ-PROD003-00122202 |
| A-286 | DOJ-PROD003-00123239 |
| A-287 | DOJ-PROD003-00127879 |
| A-293 | DOJ-PROD003-00140554 |
| A-294 | DOJ-PROD003-00140623 |
| A-295 | DOJ-PROD003-00140626 |
| A-296 | DOJ-PROD003-00140957 |
| A-297 | DOJ-PROD003-00141371 |
| A-298 | DOJ-PROD003-00141510 |
| A-300 | DOJ-PROD003-00141792 |
| A-302 | DOJ-PROD003-00144207 |
| A-305 | DOJ-PROD003-00144211 |
| A-307 | DOJ-PROD003-00144216 |
| A-309 | DOJ-PROD003-00145930 |
| A-313 | DOJ-PROD003-00155977 |
| A-315 | DOJ-PROD003-00169312 |
| A-318 | DOJ-PROD003-00169970 |
| A-319 | DOJ-PROD003-00169971 |
| A-324 | DOJ-PROD003-00175942 |
| A-328 | DOJ-PROD003-00193035 |
| A-331 | DOJ-PROD003-00210298 |
| A-332 | DOJ-PROD003-00213488 |
| A-338 | DOJ-PROD003-00245184 |
| A-339 | DOJ-PROD003-00245189 |
| A-340 | DOJ-PROD003-00251192 |
| A-343 | DOJ-PROD003-00261984 |
| A-344 | DOJ-PROD003-00270058 |
| A-345 | DOJ-PROD003-00270134 |
| A-355 | DOJ-PROD003-00287173 |
| A-356 | DOJ-PROD003-00287268 |
| A-357 | DOJ-PROD003-00322431 |
| A-363 | DOJ-PROD003-00367636 |
| A-364 | DOJ-PROD003-00367697 |
| A-365 | DOJ-PROD003-00367698 |
| A-366 | DOJ-PROD003-00367839 |
| A-369 | DOJ-PROD003-00375717 |
| A-377 | DOJ-PROD003-00381724 |

| Exhibit | Bates |
| --- | --- |
| A-378 | DOJ-PROD003-00382046 |
| A-380 | DOJ-PROD003-00382552 |
| A-381 | DOJ-PROD003-00383922 |
| A-382 | DOJ-PROD003-00384162 |
| A-383 | DOJ-PROD003-00384296 |
| A-384 | DOJ-PROD003-00385744 |
| A-385 | DOJ-PROD003-00432538 |
| A-391 | DOJ-PROD003-00439762 |
| A-392 | DOJ-PROD003-00440790 |
| A-395 | DOJ-PROD003-00440794 |
| A-400 | DOJ-PROD003-00459807 |
| A-407 | DOJ-PROD003-00644252 |
| A-409 | DOJ-PROD003-00724181 |
| A-410 | DOJ-PROD003-01067841 |
| A-411 | DOJ-PROD003-01067897 |
| A-412 | DOJ-PROD003-01068657 |
| A-415 | DOJ-PROD003-01073656 |
| A-416 | DOJ-PROD003-01074921 |
| A-419 | DOJ-PROD003-01414351 |
| A-422 | DOJ-PROD003-01585088 |
| A-481 | DOJ-PROD016-00004110 |
| A-482 | DOJ-PROD016-00010943 |
| A-484 | DOJ-PROD016-00011640 |
| A-487 | DOJ-PROD016-00012805 |
| A-489 | DOJ-PROD016-00013624 |
| A-490 | DOJ-PROD016-00013667 |
| A-491 | DOJ-PROD016-00013704 |
| A-601 | DOJ-PROD021-00000149 |
| A-606 | DOJ-PROD021-00000244 |
| A-609 | DOJ-PROD021-00000250 |
| A-614 | DOJ-PROD021-00000272 |
| A-615 | DOJ-PROD021-00000275 |
| A-618 | DOJ-PROD021-00000288 |
| A-621 | DOJ-PROD021-00000300 |
| A-623 | DOJ-PROD021-00000307 |
| A-649 | DOJ-PROD021-00000587 |
| A-656 | DOJ-PROD021-00000672 |
| A-659 | DOJ-PROD021-00000688 |
| A-660 | DOJ-PROD021-00000891 |
| A-661 | DOJ-PROD021-00000893 |

| Exhibit | Bates |
| --- | --- |
| A-662 | DOJ-PROD021-00000896 |
| A-663 | DOJ-PROD021-00000899 |
| A-664 | DOJ-PROD021-00000901 |
| A-666 | DOJ-PROD021-00000982 |
| A-667 | DOJ-PROD021-00000983 |
| A-668 | DOJ-PROD021-00000985 |
| A-669 | DOJ-PROD021-00000989 |
| A-670 | DOJ-PROD021-00001108 |
| A-671 | DOJ-PROD021-00001109 |
| A-675 | DOJ-PROD021-00001113 |
| A-676 | DOJ-PROD021-00001191 |
| A-677 | DOJ-PROD021-00001192 |
| A-678 | DOJ-PROD021-00001193 |
| A-680 | DOJ-PROD021-00001195 |
| A-681 | DOJ-PROD021-00001197 |
| A-682 | DOJ-PROD021-00001198 |
| A-685 | DOJ-PROD021-00001202 |
| A-686 | DOJ-PROD021-00001203 |
| A-688 | DOJ-PROD021-00001207 |
| A-689 | DOJ-PROD021-00001209 |
| A-690 | DOJ-PROD021-00001210 |
| A-692 | DOJ-PROD021-00001212 |
| A-693 | DOJ-PROD021-00001215 |
| A-694 | DOJ-PROD021-00001217 |
| A-695 | DOJ-PROD021-00001220 |
| A-696 | DOJ-PROD021-00001221 |
| A-697 | DOJ-PROD021-00001223 |
| A-702 | DOJ-PROD021-00001244 |
| A-703 | DOJ-PROD021-00001245 |
| A-713 | DOJ-PROD021-00001329 |
| A-714 | DOJ-PROD021-00001330 |
| A-715 | DOJ-PROD021-00001331 |
| A-717 | DOJ-PROD021-00001333 |
| A-718 | DOJ-PROD021-00001334 |
| A-719 | DOJ-PROD021-00001335 |
| A-720 | DOJ-PROD021-00001336 |
| A-721 | DOJ-PROD021-00001337 |
| A-723 | DOJ-PROD021-00001339 |
| A-724 | DOJ-PROD021-00001341 |
| A-725 | DOJ-PROD021-00001343 |

| Exhibit | Bates | Exhibit | Bates |
|---|---|---|---|
| A-726 | DOJ-PROD021-00001345 | A-905 | DOJ-PROD021-00002167 |
| A-727 | DOJ-PROD021-00001347 | A-909 | DOJ-PROD021-00002171 |
| A-729 | DOJ-PROD021-00001354 | A-914 | DOJ-PROD021-00002176 |
| A-730 | DOJ-PROD021-00001356 | A-919 | DOJ-PROD021-00002181 |
| A-736 | DOJ-PROD021-00001372 | A-938 | DOJ-PROD021-00002200 |
| A-737 | DOJ-PROD021-00001375 | A-949 | DOJ-PROD021-00002211 |
| A-740 | DOJ-PROD021-00001384 | A-964 | DOJ-PROD021-00002229 |
| A-741 | DOJ-PROD021-00001389 | A-967 | DOJ-PROD021-00002232 |
| A-742 | DOJ-PROD021-00001392 | A-969 | DOJ-PROD021-00002234 |
| A-743 | DOJ-PROD021-00001400 | A-972 | DOJ-PROD021-00002237 |
| A-745 | DOJ-PROD021-00001418 | A-982 | DOJ-PROD021-00002248 |
| A-746 | DOJ-PROD021-00001426 | B-017 | DOJ-PROD021-00002291 |
| A-749 | DOJ-PROD021-00001436 | B-029 | DOJ-PROD021-00002307 |
| A-750 | DOJ-PROD021-00001444 | B-032 | DOJ-PROD021-00002312 |
| A-751 | DOJ-PROD021-00001445 | B-042 | DOJ-PROD021-00002330 |
| A-752 | DOJ-PROD021-00001453 | B-045 | DOJ-PROD021-00002335 |
| A-753 | DOJ-PROD021-00001454 | B-048 | DOJ-PROD021-00002339 |
| A-778 | DOJ-PROD021-00001559 | B-053 | DOJ-PROD021-00002346 |
| A-779 | DOJ-PROD021-00001560 | B-056 | DOJ-PROD021-00002350 |
| A-783 | DOJ-PROD021-00001667 | B-058 | DOJ-PROD021-00002354 |
| A-784 | DOJ-PROD021-00001668 | B-067 | DOJ-PROD021-00002368 |
| A-786 | DOJ-PROD021-00001712 | B-071 | DOJ-PROD021-00002375 |
| A-788 | DOJ-PROD021-00001715 | B-072 | DOJ-PROD021-00002376 |
| A-790 | DOJ-PROD021-00002022 | B-075 | DOJ-PROD021-00002380 |
| A-793 | DOJ-PROD021-00002025 | B-079 | DOJ-PROD021-00002387 |
| A-794 | DOJ-PROD021-00002026 | B-084 | DOJ-PROD021-00002394 |
| A-795 | DOJ-PROD021-00002029 | B-089 | DOJ-PROD021-00002402 |
| A-796 | DOJ-PROD021-00002036 | B-094 | DOJ-PROD021-00002410 |
| A-801 | DOJ-PROD021-00002046 | B-099 | DOJ-PROD021-00002418 |
| A-802 | DOJ-PROD021-00002047 | B-103 | DOJ-PROD021-00002426 |
| A-806 | DOJ-PROD021-00002053 | B-110 | DOJ-PROD021-00002440 |
| A-807 | DOJ-PROD021-00002054 | B-114 | DOJ-PROD021-00002446 |
| A-808 | DOJ-PROD021-00002056 | B-119 | DOJ-PROD021-00002455 |
| A-809 | DOJ-PROD021-00002058 | B-121 | DOJ-PROD021-00002460 |
| A-822 | DOJ-PROD021-00002077 | B-124 | DOJ-PROD021-00002466 |
| A-829 | DOJ-PROD021-00002088 | B-126 | DOJ-PROD021-00002471 |
| A-849 | DOJ-PROD021-00002110 | B-128 | DOJ-PROD021-00002475 |
| A-855 | DOJ-PROD021-00002117 | B-129 | DOJ-PROD021-00002477 |
| A-886 | DOJ-PROD021-00002148 | B-130 | DOJ-PROD021-00002479 |
| A-902 | DOJ-PROD021-00002164 | B-134 | DOJ-PROD021-00002487 |

| Exhibit | Bates |
|---|---|
| B-137 | DOJ-PROD021-00002494 |
| B-140 | DOJ-PROD021-00002500 |
| B-144 | DOJ-PROD021-00002507 |
| B-152 | DOJ-PROD021-00002527 |
| B-153 | DOJ-PROD021-00002529 |
| B-154 | DOJ-PROD021-00002531 |
| B-158 | DOJ-PROD021-00002541 |
| B-160 | DOJ-PROD021-00002546 |
| B-162 | DOJ-PROD021-00002551 |
| B-164 | DOJ-PROD021-00002556 |
| B-166 | DOJ-PROD021-00002560 |
| B-168 | DOJ-PROD021-00002566 |
| B-172 | DOJ-PROD021-00002575 |
| B-175 | DOJ-PROD021-00002584 |
| B-178 | DOJ-PROD021-00002592 |
| B-184 | DOJ-PROD021-00002610 |
| B-187 | DOJ-PROD021-00002620 |
| B-188 | DOJ-PROD021-00002622 |
| B-189 | DOJ-PROD021-00002623 |
| B-190 | DOJ-PROD021-00002625 |
| B-191 | DOJ-PROD021-00002631 |
| B-192 | DOJ-PROD021-00002635 |
| B-193 | DOJ-PROD021-00002636 |
| B-196 | DOJ-PROD021-00002661 |
| B-209 | DOJ-PROD021-00002694 |
| B-210 | DOJ-PROD021-00002697 |
| B-213 | DOJ-PROD021-00002715 |
| B-217 | DOJ-PROD021-00002721 |
| B-223 | DOJ-PROD021-00003103 |
| B-224 | DOJ-PROD021-00003104 |
| B-225 | DOJ-PROD021-00003105 |
| B-227 | DOJ-PROD021-00003107 |
| B-228 | DOJ-PROD021-00003108 |
| B-229 | DOJ-PROD021-00003109 |
| B-231 | DOJ-PROD021-00003111 |
| B-236 | DOJ-PROD021-00003123 |
| B-237 | DOJ-PROD021-00003124 |
| B-245 | DOJ-PROD021-00003135 |
| B-246 | DOJ-PROD021-00003136 |
| B-248 | DOJ-PROD021-00003404 |

| Exhibit | Bates |
|---|---|
| B-249 | DOJ-PROD021-00003405 |
| B-251 | DOJ-PROD021-00003407 |
| B-253 | DOJ-PROD021-00003410 |
| B-255 | DOJ-PROD021-00003450 |
| B-256 | DOJ-PROD021-00003451 |
| B-257 | DOJ-PROD021-00003452 |
| B-262 | DOJ-PROD021-00003457 |
| B-263 | DOJ-PROD021-00003458 |
| B-264 | DOJ-PROD021-00003459 |
| B-265 | DOJ-PROD021-00003461 |
| B-267 | DOJ-PROD021-00003464 |
| B-268 | DOJ-PROD021-00003465 |
| B-270 | DOJ-PROD021-00003719 |
| B-271 | DOJ-PROD021-00003720 |
| B-279 | DOJ-PROD021-00003730 |
| B-281 | DOJ-PROD021-00003734 |
| B-285 | DOJ-PROD021-00003740 |
| B-287 | DOJ-PROD021-00003744 |
| B-291 | DOJ-PROD021-00003754 |
| B-292 | DOJ-PROD021-00003755 |
| B-293 | DOJ-PROD021-00003756 |
| B-294 | DOJ-PROD021-00003758 |
| B-297 | DOJ-PROD021-00003764 |
| B-300 | DOJ-PROD021-00003769 |
| B-304 | DOJ-PROD021-00004014 |
| B-306 | DOJ-PROD021-00004281 |
| B-308 | DOJ-PROD021-00004283 |
| B-309 | DOJ-PROD021-00004284 |
| B-311 | DOJ-PROD021-00004286 |
| B-314 | DOJ-PROD021-00004289 |
| B-316 | DOJ-PROD021-00004291 |
| B-317 | DOJ-PROD021-00004292 |
| B-320 | DOJ-PROD021-00004295 |
| B-322 | DOJ-PROD021-00004297 |
| B-323 | DOJ-PROD021-00004298 |
| B-324 | DOJ-PROD021-00004299 |
| B-325 | DOJ-PROD021-00004301 |
| B-327 | DOJ-PROD021-00004303 |
| B-328 | DOJ-PROD021-00004304 |
| B-329 | DOJ-PROD021-00004305 |

| Exhibit | Bates |
|---------|-------|
| B-332 | DOJ-PROD021-00004308 |
| B-333 | DOJ-PROD021-00004310 |
| B-334 | DOJ-PROD021-00004311 |
| B-336 | DOJ-PROD021-00004314 |
| B-337 | DOJ-PROD021-00004315 |
| B-339 | DOJ-PROD021-00004318 |
| B-340 | DOJ-PROD021-00004320 |
| B-341 | DOJ-PROD021-00004322 |
| B-342 | DOJ-PROD021-00004323 |
| B-343 | DOJ-PROD021-00004324 |
| B-344 | DOJ-PROD021-00004325 |
| B-345 | DOJ-PROD021-00004327 |
| B-347 | DOJ-PROD021-00004332 |
| B-350 | DOJ-PROD021-00004338 |
| B-351 | DOJ-PROD021-00004339 |
| B-356 | DOJ-PROD021-00004349 |
| B-357 | DOJ-PROD021-00004351 |
| B-358 | DOJ-PROD021-00004353 |
| B-359 | DOJ-PROD021-00004355 |
| B-360 | DOJ-PROD021-00004357 |
| B-361 | DOJ-PROD021-00004360 |
| B-362 | DOJ-PROD021-00004363 |
| B-363 | DOJ-PROD021-00004365 |
| B-365 | DOJ-PROD021-00004369 |

| Exhibit | Bates |
|---------|-------|
| B-366 | DOJ-PROD021-00004371 |
| B-367 | DOJ-PROD021-00004373 |
| B-375 | DOJ-PROD021-00004390 |
| B-376 | DOJ-PROD021-00004393 |
| B-377 | DOJ-PROD021-00004396 |
| B-378 | DOJ-PROD021-00004397 |
| B-379 | DOJ-PROD021-00004401 |
| B-381 | DOJ-PROD021-00004406 |
| B-382 | DOJ-PROD021-00004409 |
| B-383 | DOJ-PROD021-00004413 |
| B-384 | DOJ-PROD021-00004418 |
| B-385 | DOJ-PROD021-00004419 |
| B-391 | DOJ-PROD021-00004437 |
| B-393 | DOJ-PROD021-00004439 |
| B-395 | DOJ-PROD021-00004444 |
| B-399 | DOJ-PROD021-00004517 |
| B-401 | DOJ-PROD021-00004552 |
| B-403 | DOJ-PROD021-00004591 |
| B-405 | DOJ-PROD021-00004606 |
| B-449 | DOJ-PROD003-00389940 |
| B-472 | DVA01377888 |
| B-506 | DVA01377840 |
| B-533 | DVA01922505 |