# EXHIBIT C

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS
PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)**

I, Scott Veenendall _____, attest, under penalties of perjury by the laws
       *Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by UnitedHealth Group ("UHG")
     *Entity*

(hereinafter "the entity"), and my title is Senior eDiscovery Project Manager. I am qualified
     *Title*

to authenticate the records attached hereto as Appendix A because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the provider. The attached records are labeled with Bates numbers, beginning with the prefix "SCA-DOJ-".

I further state that all records listed in this certificate were generated by electronic processes or systems of UHG and SCAI Holdings, LLC that produce an accurate result from
    *List Entity that Generated Records*

records made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, and that those records were kept in the ordinary course of the regularly conducted business activity of the entity and were made by the entity as a regular practice, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by the entity, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

February 7, 2022                      *[signed] Scott Veenendall*
Date                                           Signature

| Bates Number | Exhibit Number | Type of Document |
|---|---|---|
| SCA-DOJ-00143010 | GX 60-1 | email |
| SCA-DOJ-00152696 | GX 67-3 | email |
| SCA-DOJ-00152697 | GX 70-1 | Powerpoint |
| SCA-DOJ-00156929 | GX 81 | email |
| SCA-DOJ-00157714 | GX 90 | email |
| SCA-DOJ-00158130 | GX 84 | email |
| SCA-DOJ-00158524 | GX 53-1 | email |
| SCA-DOJ-00165279 | GX 91 | email |
| SCA-DOJ-00204215 | not an exhibit | email |
| SCA-DOJ-00204216 | GX 69-1 | Powerpoint |
| SCA-DOJ-00204246 | GX 86-2 | email between Kent and Hayek. |
| SCA-DOJ-00209723 | GX 30 | calendar invite |
| SCA-DOJ-00271263 | not an exhibit | email |
| SCA-DOJ-00271266 | GX 77-1 | Powerpoint |
| SCA-DOJ-00271429 | not an exhibit | email |
| SCA-DOJ-00271430 | GX 76-1 | Powerpoint |
| SCA-DOJ-00326968 | GX 49 | email |
| SCA-DOJ-00326995 | GX 48-1 | Powerpoint |
| SCA-DOJ-00326996 | GX 47-1 | Powerpoint |
| SCA-DOJ-00327027 | DX A-077 | email |
| SCA-DOJ-00327029 | DX A-078 | Powerpoint |
| SCA-DOJ-00449189 | not an exhibit | email |
| SCA-DOJ-00538658 | DX A-80 | email |
| SCA-DOJ-00538743 | GX 50 | email |
| SCA-DOJ-00696218 | GX 56-1 | calendar invite |
| SCA-DOJ-00843868 | GX 82-1 | email |
| SCA-DOJ-00950352 | GX 88 | email |
| SCA-DOJ-00999816 | GX 92 | calendar invite |
| SCA-DOJ-01038603 | GX 64-1 | email |
| SCA-DOJ-01038604 | GX 63-1 | Powerpoint |
| SCA-DOJ-01170249 | GX 61-1 | email |
| SCA-DOJ-01170255 | GX 62-1 | Powerpoint |
| SCA-DOJ-01275616 | not an exhibit | email |
| SCA-DOJ-01282194 | GX 66-1 | email |
| SCA-DOJ-02161600 | not an exhibit | calendar invite |
| SCA-DOJ-02190285 | GX 97 | excel spreadsheet payroll roster (undated) |