IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 21-cr-00229-RBJ | Date: April 13, 2022 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Terri Lindblom |
| Interpreter: N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Sara Clingan* |
| | *Megan Lewis* |
| | *Anthony Mariano* |
| | *William Vigen* |
| | *Terrence Parker* |
| **Plaintiff** | |
| v. | |
| 1. DAVITA INC | *John Dodds* |
| | *Daniel Crump* |
| | *John Walsh* |
| 2. KENT THIRY | *Juanita Brooks* |
| | *Thomas Melsheimer* |
| | *J. Clayton Everett Jr.* |
| | *Jeffrey Stone* |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY EIGHT**

Court in Session: 8:59 a.m.

Defendant Kent Thiry present on bond. Kathleen Waters present as representative of Defendant DaVita, Inc.

Jury not present.

Additional jury instructions reviewed and ruled upon, as stated on the record.

Jury present.

Defense witness, Dr. Pierre Cremieux, recalled and remains under oath.

9:14 a.m.      Juror questions asked of Dr. Cremieux by the Court.

Additional juror questions reviewed at the bench.

10:08 a.m.     Additional questions asked of Dr. Cremieux by the Court.

10:29 a.m.     Additional examination of Dr. Cremieux by Mr. Vigen.

The defense rests its case.

**ORDERED:  The evidence is closed.**

Jury excused.

The defense renews its motion for judgment of acquittal.

**ORDERED:  Oral motion for judgment of acquittal is DENIED, as outlined on the record.**

**10:45 a.m.     Court in recess.**
**10:58 a.m.     Court in session – jury escorted in.**

Jury instructed.

**ORDERED:  Lunches are to be provided to jurors today and throughout deliberations.**

**11:57 p.m.    Court in recess – jury escorted out.**
**12:45 p.m.    Court in session – jury escorted in.**

12:47 p.m.     Closing argument by Mr. Mariano.

1:50 p.m.      Closing argument by Mr. Dodds.

**2:42 p.m.     Court in recess – jury escorted out.**
**2:58 p.m.     Court in session – jury escorted in.**

3:00 p.m.      Continued closing argument by Mr. Dodds.

3:48 p.m.      Closing argument by Ms. Brooks.

4:40 p.m.      Rebuttal closing argument by Ms. Clingan.

Bailiff sworn.  Jury excused to begin deliberations.

Court in Recess:  5:10 p.m.        Trial concluded.        Total time in Court:  06:54