

**Juror Question (s)**

*Please remember, you may submit a question only to the __witness__ in this case, not to the Judge or attorneys.*

For Witness: Dr. Pierre Cremieux

Question: 1. You used Mr. Hayek's testimony to support a pattern seen in an analysis. Is using ~~some one's~~ ~~to comments to~~ a person's comments to describe analytical results common practice in your field?

2. Did you ever meet with Mr. Thiry while working on the analysis for this trial?

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.

2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.

3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.

4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.

5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***************************Juror:  Please do not mark below this line*************************

Question No. 45

ACTION BY THE COURT:            ☑ Permitted
                                ☐ Denied
Δ objection to #2 denied         ☐ Rephrased

3. Why was reviewing documents to determine that SCA + Davita were strategic partners part of his work for the defense?



**Juror Question (s)**

*Please remember, you may submit a question only to the __witness__ in this case, not to the Judge or attorneys.*

For Witness: Dr. Cremieux

Question: ① Have you and/or Analysis Group ever been hired by the US government?

② What types of companies and individuales typically hire Analysis Group?

③ Is the project DaVita + Kent Thiry hired you to do a typical undertaking for you/Analysis Group that

| Juror Questioning Procedure |
|---|
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

***************************Juror:  Please do not mark below this line*************************

Question No. 46

ACTION BY THE COURT:

no objections

☑ Permitted
☐ Denied
☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the __witness__ in this case, not to the Judge or attorneys.*

For Witness: DR PIERRE CREMIEUX

Question: WAS ANY DATA USED
IN YOUR STUDY OBTAINED
THROUGH HIRING FIRMS?

THIRING

WOULD YOUR COMPENSATION
STUDY FOR DAVITA TAKE
INTO ACCOUNT THE LARGE
GROWTH OF DAVITA AS A
COMPANY WHEREAS THE
MEAN AVERAGE WOULD INCLUDE
POOR PERFORMING COMPANIES,
WOULD IT BE MORE FAIR TO
COMPARE DAVITA COMPENSATION →

> ### Juror Questioning Procedure
>
> 1. Please write your question in a clear and legible manner.
> 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
> 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
> 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
> 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

****************************Juror: Please do not mark below this line************************

Question No. 47

ACTION BY THE COURT:

☑ Permitted
☐ Denied
☐ Rephrased

AND HIRING TO EQUALLY PERFORMING COMPANIES?



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: DR PIERRE CREMIEUX

Question: DID YOUR STUDY INCLUDE DIRECTOR LEVEL EMPLOYEES OR ONLY SENIOR VP'S?

| **Juror Questioning Procedure** |
|---|
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 48

**ACTION BY THE COURT:**

☑ **Permitted**
☐ **Denied**
☐ **Rephrased**

No objection



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Dr. Pierre Crémieux

Question: In the analysis where you had the population of 460 companies that hired someone from Dva, did you do this same analysis where the population of companies is: "companies founded by a former Dva employee who hired someone from Dva"? Hypothesis: companies founded by a Dva alum hire more ppl from Dva than those that are not.

| Juror Questioning Procedure |
| --- |
| 1.   Please write your question in a clear and legible manner. |
| 2.   Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3.   The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4.   The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5.   If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

****************************Juror:  Please do not mark below this line*************************

Question No. 49

ACTION BY THE COURT:

no objection

☑ Permitted
☐ Denied
☐ Rephrased

When you did the SCA vs Dva analysis, why do you look at the median instead of the mean? If you used mean, it may be larger than a value of 1. (n=1 person)

For SCA's movement to Dva, how do you factor in that SCA was a new company? Isn't it common to have less attention in the first few years of a new startup?

If this case is about purpose and intent, how can your analysis show anything about that? It seems the analysis shows whether any allocation happened not whether it was intended.

Why didn't you reduce the population of relevant companies to be companies in similar industries or the companies that have a historical track record of hiring heavily from Dva (like SCA did.)



## Juror Question (s)

*Please remember, you may submit a question only to the __witness__ in this case, not to the Judge or attorneys.*

For Witness: Dr Pierre Crémieux

Question: In the turnover analysis, did you consider DxA performance during the years 2012-2017? E.g. If the company's performance was less strong in that time period and peoples' bonuses were lower than expected, that could cause natural higher turnover. (for the lawyers— my hypothesis that the business performance in 2012-2017 may have been lower is from KT salary #s the prosecution showed)

| Juror Questioning Procedure |
|---|
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

***************************Juror:  Please do not mark below this line*************************

Question No. _50_

ACTION BY THE COURT:

☐ Permitted

☐ Denied

☐ Rephrased

Regarding the SCA 8 hires in the
pre-agreement period vs the 1 hire,
you have pointed to Hayek's testimony
as an explanation for that reduction.
Before he said that, what would
your conclusion have been?
I.e. what were you planning to present
on this topic before Hayek said
that quote in court?



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Dr Pierre Crémieux

Question: Did you study the demographics of people who DID more freely between these companies vs. the people who did not? My hypothesis is that even though there is some movement, the people who are not as empowered or confident (minorities, introverts, young people, women) would be more likely to stay due to the agreements. Did you study this?

*If additional space is needed, please use the back of this form.*

| **Juror Questioning Procedure** |
| --- |
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

***************************Juror: Please do not mark below this line*************************

Question No. 51

ACTION BY THE COURT:

☑ Permitted
☐ Denied
☑ Rephrased   Court deleted the parenthetical



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Dr. Pierre Crémieux

Question: I understand the logic of looking for reduced compensation, but practically speaking, to reduce the median salary would be very unlikely. People would have to be taking pay cuts or those who leave replaced with lower paid people. How would keeping people employed at a company be expected to result in a decrease of the median?

<table>
<tr><td>

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.

2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.

3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.

4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.

5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

</td></tr>
</table>

*If additional space is needed, please use the back of this form.*

****************************Juror:  Please do not mark below this line*************************

Question No. 52

ACTION BY THE COURT:

no objection

☑ Permitted
☐ Denied
☐ Rephrased

At one point you said "global" benchmark.
Is the benchmark wage inflation data
US only?



**Juror Question (s)**

*Please remember, you may submit a question only to the underlined witness in this case, not to the Judge or attorneys.*

For Witness: _Pierre C._

Question: These questions relate to the data points around movement from DaVita – where SCA and 400 other companies had one move, and 20 companies had more than one.

1) Did you look at the categories/markets that the companies fell into in each set (the 400 and the 20)?

2) Were the companies in the set of 20 (with more movement) more in the health care field, or business aligned with DaVita?

| | **Juror Questioning Procedure** |
|---|---|
| 1. | Please write your question in a clear and legible manner. |
| 2. | Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. | The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. | The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. | If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

Were the companies in the set of 400 (only 1 move) health care companies?

**********************Juror: Please do not mark below this line**********************

Question No. _53_

**ACTION BY THE COURT:**

☐ Permitted
☐ Denied
☐ Rephrased

SCA had a large list of companies to potentially hire from, but within that a smaller list of target/close fit companies. There was one testimony that put DaVita in the top three target companies. With that, would you expect for the movement between DaVita and SCA to be in the group with higher movement (the group of 20) or ~~the~~ the group with only one move (the group of 20).

How would you describe or categorize the ~~types of compa~~



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: _____

Question: _____

~~For~~ for compensation
analysis, your data looked at
DaVita averages.

If employees stay at DaVita,
would a decrease in salaries
only be seen if there were
pay cuts?

You looked for a decrease in
compensation to assess evidence
of market allocation. Help me

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1.  Please write your question in a clear and legible manner.

2.  Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.

3.  The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.

4.  The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.

5.  If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***************************Juror: Please do not mark below this line*************************

Question No. 54

ACTION BY THE COURT:

☑ **Permitted**

☐ **Denied**

☐ **Rephrased**

no objection

understand how this would be possible
unless either i) there was a lot of
movement and new hires came in at (to fill gaps)
a lower salary or 2) DaVita employees
received salary cuts. What other
factors ~~would~~ would lead to a lower
average ~~~~ in DaVita senior executive
salaries?



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: ___Pierre C.___

Question: The data we've been reviewing with you ✱ is based on actual movement of employees.

During this case, we've been discussing scenarios where the move didn't occur.

How do we reconcile those scenarios of "no movement" against the data of actual movement?

<table>
<tr><td><strong>Juror Questioning Procedure</strong></td></tr>
<tr><td>1.  Please write your question in a clear and legible manner.</td></tr>
<tr><td>2.  Your question must be submitted in writing and using this form.  Please do not identify yourself in any way on the form.</td></tr>
<tr><td>3.  The Judge will make a determination whether or not the question is proper.  The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.</td></tr>
<tr><td>4.  The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.</td></tr>
<tr><td>5.  If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.</td></tr>
</table>

*If additional space is needed, please use the back of this form.*

****************************Juror:  Please **do not mark below this line**************************

Question No. _55_

**ACTION BY THE COURT:**

☑ **Permitted**

No *objections*

☐ **Denied**

☐ **Rephrased**



**Juror Question (s)**

*Please remember, you may submit a question only to the __witness__ in this case, not to the Judge or attorneys.*

For Witness: Dr Pierre Crémieux

Question: In a case like Davita where 400 companies only hired 1 Dva executive, is there any way possible to prove a market allocation? (Referring to the first part of your analysis)

Companies that hire 1 are in line with typical behavior, companies that hire 0 are very close to typical behavior. So that median of 1 makes it impossible, right?

*If additional space is needed, please use the back of this form.*

> **Juror Questioning Procedure**
>
> 1. Please write your question in a clear and legible manner.
>
> 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
>
> 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
>
> 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
>
> 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***************************Juror:  Please do not mark below this line*************************

Question No. 56

ACTION BY THE COURT:

No objection

☑ Permitted
☐ Denied
☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the __witness__ in this case, not to the Judge or attorneys.*

For Witness: _____ Pierre C. _____

Question: With the thousands of hours of analysis on this, was all ~~this~~ analysis under the three areas presented here?

Or was other data collected and analyzed without presenting it here?

Do you think there was any cherry picking of data to select what to present, even by the team under you?

*If additional space is needed, please use the back of this form.*

| | Juror Questioning Procedure |
|---|---|
| 1. | Please write your question in a clear and legible manner. |
| 2. | Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. | The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. | The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. | If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

****************************Juror:  Please do not mark below this line*************************

Question No. 57

ACTION BY THE COURT:
☑ Permitted
☐ Denied
☐ Rephrased

~~802~~ ∆ objection denied



**Juror Question (s)**

Please remember, you may submit a question only to the _witness_ in this case, not to the Judge or attorneys.

For Witness: Pierre C.

Question:

You explained the difference in
hiring at SCA over two periods
(8 hires vs 1 hire) by
referencing Hauek's testimony
about already having a lot
DaVita employees.

Do you think this is the only
explanation, or could there be
others? Specifically could the
gentlemen's agreement and
the "tell your boss" policy also

*If additional space is needed, please use the back of this form.*

be part of ~~the~~ explaining the difference in ~~move~~
movement.

> **Juror Questioning Procedure**
>
> 1. Please write your question in a clear and legible manner.
>
> 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
>
> 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
>
> 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
>
> 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***********************Juror:  Please do not mark below this line*************************

Question No. 58

**ACTION BY THE COURT:**          ☑ Permitted
                                  ☐ Denied
          no objections           ☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: _Dr. Pierre C._

Question: 1. Do you believe you or anyone from Analysis Group Inc. would have testified if you had found evidence supporting the govt. allegations?

2. Do you consider the ~~fee~~ labor market of health care, ~~companies relevant to this case~~ restricted only to Davita + companies that work with

| **Juror Questioning Procedure** |
| --- |
| 1.    Please write your question in a clear and legible manner. |
| 2.    Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3.    The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4.    The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5.    If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.* Davita?

More on back →

**************************Juror: Please do not mark below this line**************************

| Question No. 59 | |
| --- | --- |
| **ACTION BY THE COURT:** | ☑ **Permitted** |
| | ☐ **Denied** |
| No objections | ☐ **Rephrased** |

3. Why didn't you frame your analysis of question #1 ("end of meaningful competition") to include the rate of hiring or median ~~of hiring~~ number of hires of all relevant health care companies, even if they didn't work with Davita? You could still compare hiring + movement data of all health care companies to Davita + SCA, Davita + Hazel, and Davita + RP, correct?

4. Do people ~~using~~ linkedin use profile pictures? Can you determine gender and race with these pictures?

(Asking questions 2 and 3 because he didn't answer my interpret question correctly from yesterday, which I believe was the 3rd jury question)



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: _____

Question: _____

Could you have allocation
of labor ~~XXX~~ without a
compensation decrease?

In a ~~X~~ scenario with
hourly workers, this
hypothesis makes sense.
But with senior executives
the motives seem different,
and also the ~~XX~~ potential
impact on salaries.
~~Can~~ Can you speak to
*If additional space is needed, please use the back of this form.*
this difference?

<table>
<tr><td>1.</td><td>Please write your question in a clear and legible manner.</td></tr>
<tr><td>2.</td><td>Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.</td></tr>
<tr><td>3.</td><td>The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.</td></tr>
<tr><td>4.</td><td>The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.</td></tr>
<tr><td>5.</td><td>If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.</td></tr>
</table>

**Juror Questioning Procedure**

****************************Juror: Please do not mark below this line****************************

Question No. 60

ACTION BY THE COURT:

no objection

☑ Permitted
☐ Denied
☐ Rephrased

You said one of the goals for allocating labor was to lower compensation. In this case, that has not been a