IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 21-cr-00229-RBJ | Date: April 14, 2022 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Sara Clingan* |
| | *Megan Lewis* |
| | *Anthony Mariano* |
| | *William Vigen* |
| | *Terrence Parker* |
| **Plaintiff** | |
| v. | |
| 1. DAVITA INC | *John Dodds* |
| | *John Walsh* |
| 2. KENT THIRY | *Juanita Brooks* |
| | *Thomas Melsheimer* |
| | *J. Clayton Everett Jr.* |
| | *Jeffrey Stone* |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY NINE**

Court in Session: 2:20 p.m.

Defendant Kent Thiry present on bond. Kathleen Waters present as representative of Defendant DaVita, Inc.

Jury not present.

Jury deliberation question and answer reviewed.

**2:29 p.m.**     **Court in recess.**
**2:42 p.m.**     **Court in session.**

Jury not present.

Continued review of jury deliberation question and answer.

**2:54 p.m.        Court in recess.**
**3:04 p.m.        Court in session.**

Jury not present.

Final review of jury deliberation question and answer.

Court in Recess:  3:06 p.m.              Trial continued.              Total time in Court:  00:23

Clerk's note:   Jurors left at 5:05 p.m. and will continue with deliberations at 9:00 a.m. tomorrow.