

**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: _____

Question: Can we have a definition of "Meaningful Competition"

|  | **Juror Questioning Procedure** |
|---|---|
| 1. | Please write your question in a clear and legible manner. |
| 2. | Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. | The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. | The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. | If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror:  Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. _____

ACTION BY THE COURT:  ☐ Permitted
                      ☐ Denied
                      ☐ Rephrased

**JURY QUESTION DURING DELIBERATIONS**

**QUESTION:** Can we have a definition of "meaningful competition"?

**ANSWER:** Synonyms for "meaningful" include "significant," "important," and "consequential."

Instruction No. 15 has two references to the term "meaningful competition":

"The government contends that the companies, through their respective Chief Executive Officers Kent Thiry and Andrew Hayek, entered into agreements and understandings with the purpose of unlawfully allocating the market by ending **meaningful competition** between the two companies for their senior level employees."

However, you may not find that a conspiracy to allocate the market for the employees existed unless you find that the alleged agreements and understandings sought to end **meaningful competition** for the services of the affected employees.

"Meaningful competition" essentially is another way of saying "significant competition" or "competition of consequence." Importantly, you should apply the term in the context of the rest of Instruction No. 15.

*[Signature]*
4/14/22