IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-0229-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

  1. DAVITA INC.,
  2. KENT THIRY,

        Defendants.

___

**DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO COMPLY WITH PROTECTIVE ORDER**
___

      Defendants, DaVita Inc. ("DaVita") and Kent Thiry ("Thiry") request leave to file a Reply in Support of Motion for Extension of Time to Comply With Protective Order. In support of this request, Defendants state as follows:

      1.    On May 18, 2022, Defendants Filed a Motion for Extension of Time to Comply with Protective Order. [ECF No. 271].

      2.    On May 20, 2022, the United States filed an Opposition to Defendants' Motion. [ECF No. 273].

      3.    The United States' Opposition contains various factual inaccuracies, several of which necessitate a Reply from Defendants. The Reply that Defendants plan to file if the Court grants leave is attached as **Exhibit A**.

| | |
|---|---|
| Dated: May 21, 2022 | Respectfully submitted, |
| | |
| Jeffrey E. Stone | /s/ *John F. Walsh III* |
| Daniel Campbell | John F. Walsh III |
| McDermott Will & Emery LLP | Wilmer Cutler Pickering Hale & Dorr LLP |
| 444 W Lake St. | 1225 17th Street, Suite 2600 |
| Chicago, IL 60606 | Denver, CO 80220 |
| (312) 984-2064 | (720) 274-3154 |
| jstone@mwe.com | john.walsh@wilmerhale.com |
| | |
| Justin P. Murphy | John C. Dodds |
| McDermott Will & Emery LLP | Morgan Lewis & Bockius LLP |
| 500 North Capitol Street, NW | 1701 Market Street |
| Washington, DC 20001-1531 | Philadelphia, PA 19103-2921 |
| (202) 756-8018 | (215) 963-4942 |
| jmurphy@mwe.com | john.dodds@morganlewis.com |
| | |
| *Counsel for Defendant Kent Thiry* | *Counsel for Defendant DaVita Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on May 21, 2022, I filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification thereof to all registered counsel.

>*/s/ John F. Walsh III*
>John F. Walsh III